*Emergency Petition*
*Request please expidite*

Rev. 7/06
CO Hab Corp
AO 241 amd.

**FILED**

APR 17 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

NAME (Under which you were convicted): **Kenneth Williams**

PRISON NUMBER: **305762**

Case: 1:07-cv-00702
Assigned To : Urbina, Ricardo M.
Assign. Date : 04/17/2007
Description: Williams v. Warden, Central Detention Facility, et al.,

PLACE OF CONFINEMENT/ADDRESS: **Central Detention Facility**
**1901 'D' Street S.E.**
**Washington, D.C. 20032**

**Kenneth Williams** )
(Full Name) Petitioner )
Case Number F-5739-05 )
)
)
v.
**Warden, Central Detention Facility** )
**U.S. Attorneys Office** )
(Name of Warden, Superintendent, Jailor, or )
authorized person having custody of petitioner) )
Respondent )

Civil Action No.: _____
(To be filled in by Clerk)

### PETITION FOR WRIT OF HABEAS CORPUS
### BY A PERSON IN CUSTODY IN THE DISTRICT OF COLUMBIA

#### INSTRUCTIONS - PLEASE READ CAREFULLY

1. This petition must be legibly handwritten or typed, and signed by the petitioner. <u>Any false statement of material fact may serve as the basis for prosecution and conviction for perjury.</u> All questions must be answered concisely in the proper space on the form.

2. Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3. Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing fee. Your check or money order should be made payable to: Clerk, U.S. District Court.

**RECEIVED**

MAR 21 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

4.  If you cannot afford to pay the filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

5.  Only sentences imposed by one court may be challenged in a single petition. If you seek to challenge sentences entered by different courts, you must file separate petitions as to each court.

6.  When you have completed the form, send the original and one copy to:
    Clerk, United States District Court for the District of Columbia
    Room 1225
    333 Constitution Avenue, NW
    Washington, DC 20001

7.  <u>Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.</u>

## PETITION

1.  (a) Name and location of court which imposed the sentence (or detention) of conviction you are challenging: _Superior Court_
    _500 Indiana Ave. N.W._
    _Washington, D.C. 20001_

2.  (a) Date of the sentence (or detention): _July 7, 2005_

3.  Length of sentence: _under indictment 14 months_

4.  Nature of offense involved (all counts): _uttering 5_
    _Theft 5_

5.  (a) What was your plea? (Check one):
    ☑ Not guilty
    ☐ Guilty
    ☐ Nolo Contendere (no contest)
    ☐ Insanity

(b)  If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details: No trial yet, 14 months until notified by U.S. Attorney's office and the public defenders office that I had been indicted. I have been extradited even though I filed for Final Disposition of Interstate Detainers to Superior Court Clerk (mem) in violation of the 180 day expiration date. Was hand written to clerk (m. em.) Superior Court.

6.  Have you previously filed any petitions, applications, or motions with respect to this sentence in any court?
    ☑  Yes
    ☐  No

7.  If your answer to Question 10 was "Yes," give the following information:
    (a) (1)  Name of Court: Superior Court, District of Columbia
        (2)  Nature of the proceedings: Motion to dismiss defective indictment denied without hearing on 1/8/07 motion to dismiss, violation of the Interstate agreement on detainers, D.C. Code 24-701
        (3)  Grounds raised: That the indictment violated the 5th amendment, held without presentment of indictment for 14 months, and prosecutorial misconduct, I was told by the Judge that I did not have to see the indictment.
        (4)  Did you receive an evidentiary hearing on your petition, application or motion?
             ☐  Yes
             ☑  No
        (5)  Result: Motion Denied without hearing
        (6)  Date of result: 1/8/07

    (b) As to any second petition, application, or motion, give the same information:
        (1)  Name of Court: Superior Court, District of Columbia
        (2)  Nature of the proceedings: Petition for Writ of Habeas Corpus Denied without hearing, failed to transmit indictment information to counselors at the D.O.C. upon Request violating the I.A.D. 24-701
        (3)  Grounds raised: That the U.S. Attorneys office has fraudulently withheld indictment information, Discovery information, exculpatory information, Brady information, that proves my innocence for 14 months, violation of Super. Ct. R. 16
        (4)  Did you receive an evidentiary hearing on your petition, application or motion?
             ☐  Yes
             ☑  No
        (5)  Result: Petition Denied without hearing

    (6)    Date of result: __1/18/07__

(c) As to any third petition, application, or motion, give the same information:
    (1)    Name of Court: __Superior Court District of Columbia__
    (2)    Nature of the proceedings: __(1) motion for disclosure of Grand Jury transcript (2) motion to dismiss Lack of Speedy trial (3) motion to dismiss Violation of Due process Clause.__
    (3)    Grounds raised: __That the indictment Violates the 6th amendment Right to speedy trial and 5th amendment Right to Due process, and Super. Ct. Crim. R. 16 to be presented with discovery information, that proved my innocence long ago.__
    (4)    Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes
        ☒ (No)
    (5)    Result: __all motions have been denied without hearing__
    (6)    Date of result: __1/27/07__

(d) Did you appeal to the highest court having jurisdiction for the result of action taken in any petition, application or motion? __Petition Denied by Cheif Judge__
    (1)    First petition, etc."
        ☒ (Yes) __petitioner is appealing Now to the U.S. District Court For the District of Columbia.__
        ☐ No
    (2)    Second petition, etc.:
        ☒ (Yes) __petitioner is appealing Now to the U.S. District Court on emergency basis.__
        ☐ No
    (3)    Third petition, etc.:
        ☒ (Yes) __petitioner is appealing to the Honorable Court Now For Relief__
        ☐ No

(e) If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not: __Does Not apply.__

8. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

articles 334 5-676 Page 5

A. GROUND ONE: Held in Violation of the interstate agreement on detainers
D.C. Code 24-701
(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: On November 28, 2006 I was bought into the Jurisdiction of Washington D.C. by U.S. Marshalls on the orders of Judge Craig Isco and the U.S. attorneys office in violation of the interstate agreement on detainers, D.C. procedure Code 24-701 the U.S. Attorneys office failed to transmitt the detainer information to my counselor mr. Sharper at the D.O.C. in Baltimore therefore preventing me from having the benefits of the I.A.D. and using this as a tactical advantage to prevent me from filing a quick and speedy trial mr. Sharpers phone number is 410-333-2670

B. GROUND TWO: Held in Violation 5th amendment, presentment of indictment and due process
(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: For 14 months information in the indictment was purposefully withheld from me by the U.S. Attorneys office and the public defenders office who together pretended to not know where I was, but in the indictment they have sheriff Raymond Kights missing persons report with the case number I was incarcerated under 89864 and convicted under 89864 additionally my counselor mr. Sharper (410-333-2670) tried unsuccessfully to have this information transmitted to us from the U.S. Attorneys office on 6/26/06 but U.S. Attorneys office failed to send information

F-3739-05 ←

C. GROUND THREE: Held in Violation 6th amendment Right to Speedy trial
(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: For 14 months all demands for a quick and speedy trial have been ignored, the fact of the matter is that I was sent to the Jurisdiction of Montgomery County to serve a six months sentence, this explains why the U.S. Attorneys office and the public defenders office pretended they did not know where I was they wanted to make sure that I got no benefits of the interstate agreement on detainers and that I would be assured of facing both charges at the same time, the very thing that the interstate agreement on detainers was enacted into law to prevent from happening, prosecutorial misconduct.

Page 6

D.    GROUND FOUR: Held in Violation 14th amendment Due Process
(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: 90 days indictment 100 days to trial, the U.S. Attorneys office have started to make its own Rules, it is no longer following the Rule of law in fact it has broken every Constitutional Right that I have and does not seem to care even though none of these I.D.s match the I.D. that I had on me, My I.D.; this evidence, exculpatory in nature proves my innocence, but was Withheld for 14 months (Discovery) along with a plethora of other (Discovery) information that proves my innocence, and casts more than a Reasonable amount of doubt on their Case by the Id. Not matching alone.

9. If any of the grounds listed in 12A, B, C, or D were not previously presented in any other court, District of Columbia or Federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: The petitioner is held in Violation of his Request for Final Disposition of interstate Detainers because the time expired with the six month sentence served in Montgomery County and trial was not had on his Request within 180 days on the D.C. Case F-3739-05 Which was filed by the petitioner to the Superior Court Clerk (M.E.M). Because of their effort to make sure that I faced both Charges at the same time they have also assured that I did not have Final disposition on ~~F-3739-05~~ Which is a Writ and still pending ~~~~.

10. Do you have any petition or appeal pending in any other court, either, District of Columbia or Federal, as to the sentence (or detention) under attack?

     ☐ Yes
     ☒ (No)

(a) If so, give the name and location of the court and case number, if known: Does Not apply

11. Do you have any future sentence to serve after you complete the sentence (or detention) under attack?

     ☐ Yes
     ☒ (No)

(a) If so, give name and location of court which imposed sentence to be served in the future: Does Not apply

Page 7

(b)  And give date and length of sentence to be served in future: _Does Not apply_

(c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

☐ Yes
☑ (No)  Does Not apply

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_Kenneth Williams_
Petitioner's Signature

_March 16, 2007_
Date

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
Kenneth Williams

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 11001
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro Se PR

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

#305762

## DEFENDANTS
Warden, Central Detention Facility, et al

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

Case: 1:07-cv-00702
Assigned To : Urbina, Ricardo M.
Assign. Date : 04/17/2007
Description: Williams v. Warden, Central Detention Facility, et al.,

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☒ G. *Habeas Corpus/ 2255*<br>☒ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC 2241 - WRIT OF HABEAS CORPUS -

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23    DEMAND $    Check YES only if demanded in complaint   JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☒ NO  If yes, please complete related case form.

DATE    SIGNATURE OF ATTORNEY OF RECORD  NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

Forms\js-44.wpd