UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH WILLIAMS, : | |
| : | |
| PETITIONER, : | |
| : | |
| v. : | Civil Action No.: 07-0702 (RMU) |
| : | |
| WARDEN, CENTRAL DETENTION : | |
| FACILITY, : | |
| : | |
| RESPONDENT. : | |

## RESPONDENT WILLIAM J. SMITH'S RESPONSE[1] TO THE COURT'S ORDER TO SHOW CAUSE

Respondent William J. Smith, Warden, Central Detention Facility, by and through counsel, files this response to the Court's April 23, 2007, Order to Show Cause, and states as follows:

## PRELIMINARY STATEMENT

On January 18, 2007, petitioner was committed to the District of Columbia Jail (hereinafter "DC Jail") pending disposition of case number 2005 FEL 003739 in the Superior Court for the District of Columbia.. Exhibit #1, Order of January 18, 2007. Petitioner was charged with Theft 1, Uttering, Armed Burglary 1, and Attempted Theft Second Degree. *Id.* Petitioner was ordered held without bond. *Id.*

Pursuant to the Court's February 16, 2007, Order, petitioner was released to the custody of St. Elizabeth's Hospital for a mental observation. *Id.* and Exhibit #2, Release or Transfer Order of February 16, 2007. Following the mental observation period, on April 24, 2007, petitioner was ordered back into the custody of the D.C. Jail. See Exhibit #3, Order of April 24,

---

[1] William J. Smith was not individually identified in the petition, but he is serving as the Warden of the Central Detention Facility.

1

2007, and Exhibit #4, Release or Transfer Order of April 24, 2007.

Petitioner filed his petition on April 17, 2007, and seeks his immediate release. Petitioner essentially changes the conduct of the U.S. Attorney's Office. *See* Court Docket, #1. For the reasons set forth below, this Court should discharge its Order to Show Cause against this respondent.

## ARGUMENT

I.   **This Respondent Is Entitled to Have the Order to Show Cause Discharged.**

    A.   **Petitioner is Lawfully Incarcerated Pursuant to Court Order**.

The warden who has custody over petitioner is the proper party to respond to a petition for habeas corpus. *See United States v. Wardell Crockett,* 861 A.2d 604 (D.C. 2004). However, it is well settled that a Writ of Habeas Corpus is not appropriate where a petitioner is being legally detained. *Luther v. Molina*, 627 F.2d 71 (7th Cir. 1980). Here, petitioner continues to be legally incarcerated pursuant to the January 18, 2007, February 16, 2007, and April 24, 2007, Orders from the D.C. Superior Court. *See* Exhibits #1-#4. Petitioner has made no viable argument or submitted proof which would indicate that he is entitled to immediate release. Accordingly, the petition should be dismissed as to this respondent and the Order to Show Cause discharged.

    B.   **This Respondent Cannot Respond to the Allegations Made Against the U.S. Attorney's Office.**

Petitioner has filed a petition challenging the lawfulness of his incarceration based upon the actions of the United States Attorney's Office. The petition contains no claim or allegation of wrongdoing by this respondent. See Petition, generally. As a legal and practical matter, this respondent is not responsible for bringing indictments or charging petitioner with any offenses. Because this respondent cannot respond to the allegations made against the U.S. Attorney's

Office, he defers to the U.S. Attorney's Office to address those allegations. Petitioner is in this respondent's custody based on lawful Court orders entered by this Court. To the extent those Court Orders remain undisturbed, this respondent is without authority to grant petitioner his requested relief.

WHEREFORE, for all of the reasons set forth herein, the petition should be summarily dismissed as to this respondent.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

\_\_\s\_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

\_\_\s\_____
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C. 20001
202-724-6649; 202-727-6295

**CERTIFICATE OF SERVICE**

I hereby certify that on May \_\_\_, 2007, a copy of the foregoing Response to the Court's Order to Show Cause was sent via first class mail, postage prepaid to:

Kenneth Williams
DCDC #305762
1901 D Street, SE
Washington, DC 20032

\_\_\_\_\_\s\_____
Michael P. Bruckheim, Assistant Attorney General

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| KENNETH WILLIAMS, | : | |
| | : | |
| PETITIONER, | : | |
| | : | |
| v. | : | Civil Action No.: 07-0702 (RMU) |
| | : | |
| WARDEN, CENTRAL DETENTION FACILITY, | : | |
| | : | |
| | : | |
| RESPONDENT. | : | |

## ORDER

Upon consideration of the petition for writ of habeas corpus, petitioner's response thereto, and the record herein, it is by the Court this _____ day of _____, 200__,

ORDERED:  That the Petition for Writ of Habeas Corpus shall be and the same is hereby **DISMISSED**; and it is,

FURTHER ORDERED:  That the Court's April 23, 2007, Order to Show Cause shall be and the same is **DISCHARGED** against respondent _____.

_____
JUDGE RICARDO URBINA
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

# Exhibit 1



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

305762

Case No.: 2005 FEL 003739

P/C 264

PDID No : 575286
DCDC:
SSN: --

**KENNETH WILLIAMS**

Date of Birth: 11/28/1960

### COMMITMENT PENDING DISPOSITION
### DC JAIL

TO: SUPERINTENDENT, DISTRICT OF COLUMBIA JAIL:

JAN 19 2007 7:5

Pursuant to D.C. Code 23-1329(a) receive into your custody KENNETH WILLIAMS, who is charged with:

## THEFT 1, UTTERING, ARMED BURGLARY 1, ATTEMPT THEFT SECOND DEGREE

Comments: DEFENDANT TO BE HELD AT THE AT THE MENTAL HEALTH UNIT FOR THIRTY 30 DAYS

Separate From:

**BOND SET: NO BOND**

Next scheduled court appearance:

Mental Observation Hearing at 9:30 am on Friday February 16, 2007 in Courtroom 221, 500 Indiana Avenue N.W., WASHINGTON, DC 20001

Defendant is committed into your custody until further order of the Court.

WITNESS the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court on this date January 18, 2007

_____
Judge CRAIG ISCOE

_____
Stefanie Royal
Deputy Clerk

# COMMITMENT

Cdcpd

# Exhibit 2



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

305762 sch.

UNITED STATES
DISTRICT OF COLUMBIA

vs.

KENNETH WILLIAMS

Case No: 2005 FEL 003739

PDID#: 575286

DCDC No·

## RELEASE or TRANSFER ORDER

TO: Superintendent, D.C. Jail

The Defendant having been committed to D.C. Jail,

It is HEREBY ORDERED that the defendant be released from your custody and transferred into the custody of St. Elizabeth's Hospital.

_____
Stefanie Royal, DEPUTY CLERK

Date: February 16, 2007

_____
CRAIG ISCOE
JUDGE/MAGISTRATE JUDGE

FEB 16 PM10:14

# RELEASE/TRANSFER
# IN THIS CASE ONLY

Curto

# Exhibit 3



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

AP sjan

DAB

305762
PDID No : 575286
DCDC:
SSN: --

Case No.: 2005 FEL 003739

KENNETH WILLIAMS

Date of Birth: 11/28/1960

## COMMITMENT PENDING DISPOSITION
## DC JAIL

TO: SUPERINTENDENT, DISTRICT OF COLUMBIA JAIL:

Pursuant to D.C. Code 23-1329(a) receive into your custody KENNETH WILLIAMS, who is charged with:

UTTERING, FIRST DEGREE THEFT, ATTEMPTED SECOND DEGREE THEFT

Comments:

Separate From:

**BOND SET: NO BOND**

Next scheduled court appearance:          APR 24 PM 7:16

Status Hearing at 9:30 am on Friday April 27, 2007 in Courtroom 221, 500 Indiana Avenue N.W., WASHINGTON, DC 20001

Defendant is committed into your custody until further order of the Court.

WITNESS the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court on this date April 24, 2007

_____          Stefanie Royal
Judge CRAIG ISCOE                Deputy Clerk

# COMMITMENT

Received by US Marshal 2W  Date 4-23-07

Clerpd

# Exhibit 4

Case 1:07-cv-00702-RMU   Document 5-5   Filed 05/15/2007   Page 1 of 2



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

UNITED STATES
DISTRICT OF COLUMBIA

vs.

KENNETH WILLIAMS

*DE Popi Worle*　　Case No: 2005 FEL 003739

PDID#: 575286

DCDC No:

### RELEASE or TRANSFER ORDER

TO: Superintendent, D.C. Jail and Superintendent, St. Elizabeth's Hospital

The Defendant having been committed to ST. ELIZABETH'S,

It is HEREBY ORDERED that the defendant be released from your custody and into the custody of a DC JAIL.

Stefanie Royal, DEPUTY CLERK

Date: April 24, 2007

APR 24 PM 7:34

CRAIG ISCOE
JUDGE/MAGISTRATE JUDGE

# RELEASE/TRANSFER
# IN THIS CASE ONLY

Cd/ro