# United States District Court District of Columbia

Kenneth Williams
_____
Petitioner

v.

Warden, C.D.F.
_____
Respondents

**RECEIVED**
MAY 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case No. 1:07-cv-702 (RMU)

## Supplement to Response/Reply of Show Cause

The Petitioner Kenneth Williams Files his supplemented Response/Reply to the Respondents show cause order, For the Following Reasons and says.

(1) Preliminarily the petitioner Notes the Respondents have not addressed the issue of the Interstate agreement on detainers argument brought by the petitioner in Case # F-3739-05, He also Notes that the Warden, William J. Smith Central Detention Facility, D.C. Jail has a continued policy of directing encouraging and condoning corruption as the standard policy, In direct Violation to the Rule of law and american principles. Take a look at the petitioners Exhibit #① The prisoners trust Fund account Report and Notice the circled dates 12/14/2006 and 1/3/2007 and 1/17/2007 it seems that in making his show cause Some of the Wardens employees were not given the memo to go along with this outRight Fraud, That the Warden and The Superior Court Judge Craig Isco have tried to pull off. Stateing that I was committed to the D.C. Jail on 1/18/07 While the prisoner trust account Report clearly shows that I have been here a lot longer than they erroneously claim in Fact since 11/27/06 a total of 7 months more than enough time that is Required to be taken to trial on a Writ of transport/Prosecution, Note the date the trust account Was signed by the C.D.F. account manager 5/17/07 two days after the Warden Filed show cause also note in their exhibit #1 The document states charges of armed Burglary (Which is more Fraud) but in their exhibit #3 the Superior Court amended the charging document to First degree theft, need I say, Which is more Fraud.

2.) The Great Writ and the Constitution and the Rights that it guarantees has brought to light Who is Responsible For the Violation of my Constitutional protections I hold so dear. These public officials have Conspired with other public officials and used the great power of their office to take legal shortcuts, and try to effectively Read Due process out of my Constitutional protections. Please Note the petitioners Exhibit #2 Inmate account Summary Report dated 4/30/07 in which the Circled items show deposits From 2006, and ledger numbers 1648 and 0519 that match the prisoner Trust account Report Exhibit #1 of the petitioner it seems again here that the authorizing employee Taylor-001 Failed to get the memo of Fraud as to exactly When I was supposed to have been Committed here, Again in direct Conflict as to When the Warden and the Superior Court Judge Concluded I was here So we now see Who is Truly Responsible For These Constitutional Rights Violations 1st, 5th, 6th, 8th, 14th, amendments against me and having me brought here in Violation of the Interstate agreement on Detainers. Make No Mistake, this was no mistake the evidence so Far Exhibits #1 and 2 of the petitioner clearly shows this.

3.) The Court orders issued by the Superior Court were not lawFull, because it is now Revealed that it was Judge Craigisco Superior Court, Who was Responsible For bringing me here in Violation of the Interstate agreement on detainers, Failing to transmitt indictment information, and the Superior Court, Refusing to Comply with the I.A.D. and process all Four Requests that were sent to their Clerks, and their U.S. Attorneys General office, These are public officials who used the power of their office For Corruption, and legal shortcuts, with disdain For the civil liberties, the constitution, and the Rule of law. In these and other actions taken by the Warden the superior Court, and the U.S. Attorney's office you begin to see a pattern, and I now Call upon The Honorable Judge Ricardo M. Urbina to put a stop to this Reckless path taken by these public officials and to Restore the Respect For the Rule of law. Finally your Honor to let there be no doubt about the issue that I am being illegally and unconstitutionally

③ Incarcerated and confined please note Exhibit #3 of the petitioner, U.S. District Court of Maryland civil Docket case # AW-06-2258 The Honorable Judge alexander Williams JR. Presiding, Note the circled items on page one the date the case was terminated on 3/22/07 at that time I was, on a very timely basis Sentenced to take Forensic Examinations at saint elizabeths, deliberately and For No good Reason, Where I Would Not be provided with pen or paper For 60 Days there by Clearing the Way For Judgment to be issued against me in AW-06-2258 (Which I am currently trying to appeal) you see the defendants in that case were about to lose this multimillion Dollar case in AW-06-2258 and they needed a miracle in order to win and the Superior Court of Judge Craig isco was that miracle. Please Note page#2 of Exhibit#3 of the petitioner the circled items the Docket entries that show the dates 12/4/06 Where I modified motions on 12/4/06 this correspondence to the U.S. District court of Maryland will clearly show that these motions were Filed From the Central Detention Facility (D.C.Jail) in direct Conflict with the statements made by the Warden, in his showcause, and the charging/Committment document Dated 1/18/07 by Superior court Judge Craig isco, if as they claim, I am here lawfully then why all the lies, Note again petitioners Exhibit #3 the circled item dated 1/17/07 the motion to affirm Filed by Kenneth Williams at the time, the Respondents claim in their statements and documents that I was Just being committed, The truth of the matter is, this document was Filed From the D.C. Jail, and it would be very easy to confirm this and other pleadings that I Filed From D.C. Jail prior to 1/18/07 and the behemoth amount of other litigation Filed by me during the time the Respondents say that I was Just being committed (illegally) on the order of Judge Craig isco to the D.C. Jail, concrete proof that I am entitled to immediate Release in case # F-3739-05, The petition stated that I was being illegally and unconstitutionally confined by the Warden, and I, am, the U.S. Attorneys office is guilty of prosecutorial misconduct For Not processing the Request For Final disposition under the F.A.D. and continuing to try to

3.) Prosecute the case, after Refusing to Honor the terms of the I.A.D. enacted into law (D.C. Code 24-761) and D.C. being a party Jurisdiction with Maryland, The Remedy for which is Dismissal of all charges with prejudice in Case #F-3739-05. The Writ (as I knew it would) has brought to light those public officials Responsible for the Violation of the constitutional protections of the petitioner and the Rules of law.

Wherefore the Petitioner prays to be set Free from illegal incarceration ordered by the Superior Court, and is being carried out by the Warden.

_Kenneth Williams_
Petitioner  5/18/07

## Certificate of Service

I hereby Certify that on this 18th day of May, 2007 a copy of this Supplement to Response/Reply of Showcause was mailed postage pre-paid to.

| | |
|---|---|
| Linda Sinser | Clerk, U.S. District Court |
| Michael P. Bruckheim | 333 Constitution Ave, N.W. |
| Attorney General | Washington, D.C. 20001 |
| 441 4th street, N.W. 6th Fl. South | |
| Washington, D.C. 20001 | |

_Kenneth Williams_
Petitioner  5/18/07

# United States District Court District of Columbia

Kenneth Williams
            Petitioner

v.                                              Civil No 1:07-cv-702

Warden, C.D.F.
            Respondents

## ORDER

UPON, Consideration of the petition For Writ of habeas Corpus, petitioners Response/Reply, and the Record herein, it is by the Court this ___ day of ___, 2007

ORDERED: That the petition For Writ of Habeas Corpus shall be and the same is hereby <u>Granted</u>.

                                        Judge U.S. District Court
                                        District of Columbia



EXhibit #1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### PRISONER TRUST ACCOUNT REPORT

Name: __WILLIAMS, KENNETH__          Registration #: __305762__

Please submit this to the trust officer of every institution in which you have been confined during the preceeding six months. Submit the completed forms and supporting ledger sheets to the Court.

To:    Trust Officer
From:  Clerk, U.S. District Court for the District of Columbia

Under the Prison Litigation Reform Act (PLRA), a prisoner filing a civil action must obtain from the trust officer of each institution in which the prisoner was confined during the preceeding six months a certified copy of the prisoner's trust account statement for the six months prior to filing of the action. 28 U.S.C. Sec. 1915 (a) (2).

Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner.

2005-0914
2006-0505

| | Date | Time | Type | Code | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 2006-1648 | 12/14/2006 | 4:13 pm | Deposit | 20 | Funds Received via Mail | $ | 15.00 | $15.00 |
| | 01/03/2007 | 12:59 pm | Withdrawa | 38 | Canteen | $ | -12.70 | $0.00 |
| | 01/17/2007 | 12:41 pm | Withdrawa | 38 | Canteen | $ | -1.95 | $0.00 |
| | 04/24/2007 | 5:16 pm | Withdrawa | RH | Restored from History | $ | -0.35 | $0.00 |
| 2007-0519 | 04/24/2007 | 5:16 pm | Deposit | RH | Restored from History | $ | 0.35 | $0.00 |
| | 05/03/2007 | 3:07 pm | Deposit | 20 | Funds Received via Mail | $ | 50.00 | $50.00 |
| | 05/15/2007 | 9:06 am | Withdrawa | 38 | Canteen | $ | -4.65 | $0.00 |

BALANCE at time of filing of action:          __$45.70__

AVERAGE MONTHLY DEPOSITS
during the six months prior to filing
of the action:                                __$10.83__

AVERAGE MONTHLY BALANCE
during the six months prior to filing
of the action:                                __$10.68__

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PRISONER TRUST ACCOUNT REPORT

Name: __WILLIAMS, KENNETH__         Registration #: __305762__

Please submit this to the trust officer of every institution in which you have been confined during the preceeding six months. Submit the completed forms and supporting ledger sheets to the Court.

To:   Trust Officer
From: Clerk, U.S. District Court for the District of Columbia

Under the Prison Litigation Reform Act (PLRA), a prisoner filing a civil action must obtain from the trust officer of each institution in which the prisoner was confined during the preceeding six months a certified copy of the prisoner's trust account statement for the six months prior to filing of the action. 28 U.S.C. Sec. 1915 (a) (2).

Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner.

I certify that the above information accurately states the deposits and balances in applicant's trust fund account for the period shown and that the attached ledger sheets are true copies of account records maintained in the ordinary course of business.

Date: __17-May-2007__

Authorized Signature: _____

Title: __Acct Mgr__

*2 Copies*

Summary Report From 11/28/06 to present

#65

Exhibit #2

**Inmate Account Summary Report**
**District of Columbia Central Detention Facility**

Today's Date: 04/30/2007                                                                                               Page 1 of 1

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| WILLIAMS | KENNETH #305762 | | | 2007-05193 |

| Trans Date/Time | Trans Type | Code | Check# | Amount | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|
| 04/24/2007 17:16 | Deposit | RH | | .35 | 0.35 | 0.00 | 4749478 | |
| Authorizing Employee: TAY001 | | | Deposit From/Withdrawal To<br>From: 2006-16482 To: 2007-05193 | | | | | |
| | | | Document Locator Number:<br>From: 2006-16482 To: 2007-05193 | | | | | |

Total Withdrawals   .00
Total Deposits      .35

2/5/05
760.00
635.00

$15  12/5/06 Relative

.35

Exhibit #3

CLOSED, PROSE, SA-KB

# U.S. District Court
## District of Maryland (Greenbelt)
### CIVIL DOCKET FOR CASE #: 8:06-cv-02258-AW

Williams v. Warden
Assigned to: Judge Alexander Williams, Jr
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 08/30/2006
Date Terminated: 03/22/2007
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

Kenneth Williams        represented by    Kenneth Williams
                                          #336398
                                          ECI
                                          30420 Revells Neck Road
                                          Westover, MD 21890
                                          PRO SE

V.

**Defendant**

Warden        represented by    Stephanie Judith Lane Weber
                                State of Maryland Office of the
                                Attorney General
                                200 Saint Paul Pl
                                Baltimore, MD 21202-2021
                                14105766300
                                Fax: 14105766880
                                Email: slaneweber@oag.state.md.us
                                *LEAD ATTORNEY*
                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/30/2006 | 1 | COMPLAINT against Warden, filed by Kenneth Williams.(bmh, Deputy Clerk) (Entered: 09/01/2006) |
| 09/11/2006 | 2 | ORDER directing Plaintiff to file a motion for leave to proceed in forma pauperis within 20 days; directing Clerk to mail copies and withhold service; and directing Defendants to file an answer. Signed by Judge Alexander Williams Jr. on 9/11/06. (Attachments: # 1 service letter)(c/m 9/11/06 bh)(bmh, Deputy Clerk) (Entered: 09/11/2006) |
| 09/22/2006 | 3 | MOTION for Leave to Proceed in forma pauperis by Kenneth Williams. (cem, Deputy Clerk) (Entered: 09/22/2006) |

| 10/02/2006 | 4 | Supplemental 1 Complaint filed by Kenneth Williams. (bmh, Deputy Clerk) (Entered: 10/03/2006) |
|---|---|---|
| 10/02/2006 | 5 | MOTION for Leave to Proceed in forma pauperis by Kenneth Williams. (bmh, Deputy Clerk) (Entered: 10/03/2006) |
| 10/05/2006 | 6 | Correspondence re accepting service on behalf of Warden (Lane Weber, Stephanie) (Entered: 10/05/2006) |
| 10/24/2006 | 7 | Correspondence from Plaintiff stating that the relief he seeks should be granted because Defendant has not complied with the Court's Order to answer the complaint. (cem, Deputy Clerk) (Entered: 10/25/2006) |
| 10/31/2006 | 8 | MOTION for Leave to Proceed in forma pauperis by Kenneth Williams. (bmh, Deputy Clerk) (Entered: 10/31/2006) |
| 11/16/2006 | 9 | MOTION for Extension of Time to File Response/Reply by Warden.Responses due by 12/4/2006 (Attachments: # 1 Text of Proposed Order)(Lane Weber, Stephanie) (Entered: 11/16/2006) |
| 11/29/2006 | 10 | ORDER granting 3 Plainiff's initial Motion for Leave to Proceed in forma pauperis; and denying as moot 5 and 8 Plaintiff's subsequent Motions for Leave to Proceed in forma pauperis. Signed by Judge Alexander Williams Jr. on 11/29/06. (c/m 11/29/06) (cem, Deputy Clerk) (Entered: 11/29/2006) |
| 12/04/2006 | 11 | MOTION to Dismiss, Strike Insufficient Defenses by Kenneth Williams. (Originally filed 11/27/06) Modified on 12/4/2006 (cem, Deputy Clerk). (Entered: 12/04/2006) |
| 12/04/2006 | 12 | MOTION for Summary Judgment by Kenneth Williams. (Originally received 11/27/06) (cem, Deputy Clerk) (Entered: 12/04/2006) |
| 12/18/2006 | 13 | MOTION for Extension of Time to File Response/Reply *to and including January 15, 2007* by Warden.Responses due by 1/4/2007 (Attachments: # 1 Text of Proposed Order)(Lane Weber, Stephanie) (Entered: 12/18/2006) |
| 12/20/2006 | 14 | ORDER granting 9 Defendant Kathleen Green's Motion for Extension of Time and extending time to 12/17/06. Signed by Judge Alexander Williams Jr. on 12/13/06. (c/m 12/20/06 bh)(bmh, Deputy Clerk) (Entered: 12/20/2006) |
| 01/04/2007 | 15 | ORDER granting 13 Defendant Green's Motion for Extension of Time and extending time to 1/15/07. Signed by Judge Alexander Williams Jr. on 12/27/06. (c/m 1/4/07 bh)(bmh, Deputy Clerk) (Entered: 01/04/2007) |
| 01/16/2007 | 16 | MOTION for Extension of Time to File Response/Reply *to and including February 15, 2007* by Warden.Responses due by 2/2/2007 (Attachments: # 1 Text of Proposed Order)(Lane Weber, Stephanie) (Entered: 01/16/2007) |
| 01/17/2007 | 17 | MOTION to Affirm Summary Judgment as Forfeited to the Plaintiff by default by Kenneth Williams. (cem, Deputy Clerk) (Entered: 01/19/2007) |

| 01/31/2007 | 18 | ORDER granting 16 Defendant Green's Motion for Extension of Time and extending time to 2/15/07. Signed by Judge Alexander Williams Jr. on 1/29/07. (c/m 1/31/07 bh)(bmh, Deputy Clerk) (Entered: 01/31/2007) |
|---|---|---|
| 02/15/2007 | 19 | MOTION to Dismiss *or, in the Alternative, Motion for Summary Judgment* by Warden. Responses due by 3/5/2007 (Attachments: # 1 Memorandum in Support# 2 Exhibit 1 Records Declaration of Michael Miller# 3 Exhibit 2 DCR No. 250-1# 4 Exhibit 3 Legal Book HU 8# 5 Exhibit 4 Inmate Inquiry# 6 Exhibit 5 Commissary Receipts)(Lane Weber, Stephanie) (Entered: 02/15/2007) |
| 02/16/2007 | 20 | Rule 12/56 letter sent to the parties. (cm 2/16/07) (cem, Deputy Clerk) (Entered: 02/16/2007) |
| 03/22/2007 | 21 | MEMORANDUM. Signed by Judge Alexander Williams Jr. on 3/22/07. (c/m 3/22/07 bh)(bmh, Deputy Clerk) (Entered: 03/22/2007) |
| 03/22/2007 | 22 | ORDER granting 19 Defendant's Motion to Dismiss or in the Alternative for Summary Judgment; denying 11 Plaintiff's Motion to Dismiss; denying 12 Plaintiff's Motion for Summary Judgment; denying 17 Plaintiff's Motion to Affirm Summary Judgment as Forfeited to the Plaintiff by Default; and directing Clerk to close the case. Signed by Judge Alexander Williams Jr. on 3/22/07. (c/m 3/22/07 bh)(bmh, Deputy Clerk) (Entered: 03/22/2007) |