# United States District Court District of Columbia

Kenneth Williams,
*Petitioner*

v.

Warden, C.D.F.
*Respondents*

RECEIVED
MAY 24 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil No 1:07-CV-702-RMU

## Motion to Supplement Reply to Show Cause

The petitioner Kenneth Williams hereby makes his motion to the Honorable court to Supplement his Response/Reply to Respondents showcause order, and says:

1.) The petitioner asserts that the Respondents have failed to comply with the courts order to Showcause within 20 days, Failing to comply with a Court order.

2.) The Petitioner Received his court order 4/24/07 and it stands to Reason that since we are in the same building that they Received their order the same time as he did.

3.) The petitioner asserts that 20 days within service of the order 4/24/07 Would put the deadline date at 5/13/07 Which was Sunday, so they should have Replied by 5/14/07.

4.) The petitioner asserts that by their own admission in their Certificate of Service dated 5/15/07 stating the show cause was mailed on that date, they failed to comply with the order.

5.) The petitioner had to prematurely File a Reply dated 5/15/07 When he noticed that the Respondents had failed to obey the courts order.

6.) The petitioner Received the showcause of the Respondents on 5/18/07 Five Full days after the deadline date in which they were given to Showcause.

7.) The petitioner files his motion to supplement For these Reasons, The petitioner also notes the difficulty in which the Respondents had in pre-paring the Showcause, & how the blame for their mistakes (illegal) are put at the others feet, and that the issue of the interstate agreement on detainers has been carefully avoided, to protect their 5th amendment Rights, The petitioner seeks his immediate Release From D.C. Jail.    Wherefore the petitioner prays to be granted permission to supplement his Reply because Respondents failed to comply with the Courts order within time permitted, 20 days.    Kenneth Williams/ petitioner 5/18/07