# United States District Court District of Columbia

Mr. Kenneth Williams,
<u>Petitioner</u>

v.

Case No- 1:07-CV-702

Warden, C.D.F. eT, Al.
<u>Respondents</u>

## Reply to Show Cause

The Petitioner Kenneth Williams makes his Reply to the Respondents Show Cause, and petitions the Honorable Court to grant Relief in his Writ of habeas Corpus, For the Following Reasons, and says.

1. The Respondents have Violated the Interstate Agreement on Detainers D.C. Procedure Code (24-701) District of Columbia being a Party Jurisdiction.

2. The Respondents have Violated the Interstate Agreement on Detainers Md Annotated Code (6/60) Maryland being a party Jurisdiction.

3. The Respondents have Violated the Petitioners Constitutional Right to have a speedy trial, the purpose of Which is Final Disposition, For Which the I.A.D. was enacted into law.

4. The Respondents have Violated the Interstate Agreement on Detainers, and the petitioners Constitutional Right to due process of the law the purpose the I.A.D. was enacted into law For, to protect the petitioner, against.

5. The Respondents, The petitioner asserts Will Not Respond to the Show Cause order because they seek to protect themselves and their 5th amendment Right to self-incrimination.

6. The Respondents have bought the petitioner into this Jurisdiction in violation of the I.A.D. and ignored the law Completely, Which Requires dismissal with prejudice.

7. The Respondents ignored the I.A.D. Completely, Article 1 of the I.A.D. States The Party States Find that proceedings with Reference to charges and detainers from another Jurisdiction cannot properly be had in the absence of Co-operative procedures

7) and it is the further purpose of this Agreement to provide such co-operative procedures, and failure to meet the requirements or restrictions of the I.A.D. results in dismissal of pending cases (F-3739-05) with prejudice.

8) The Respondents seek to have the petitioner serve consecutive sentences from two different jurisdictions, the very thing the I.A.D. was enacted into law to protect the petitioner against.

Wherefore the petitioner prays the Court to grant the Relief that is sought in his petition of Writ of habeas Corpus.

Nancy Mayer Whittington
Clerk's Office
MAY 30 2007
Received
OVER THE COUNTER

Kenneth Williams
Petitioner
5/13/07

The Honorable Judge Ricardo M. Urbina

Dear Judge, The simple facts of this case is that the Superior Court Released me on personal Recognizance 5/13/06 and the state of Maryland Extradicted me two days later, and violated probation on a pending case and sentenced me to more than 1 year in the md D.O.C. The Superior Court had every opportunity to prosecute this case first, instead they let md take me there and I was subsequently sentenced. I guess they hoped the case would be resolved and I would appear back in court (being fair means being fair) We had no idea md would violate probation, but when they did I had the opportunity to file for final disposition under the Interstate agreement on detainers, me and my counselor Mr. Sharper, I filed one request to the Attorney General, two requests to the Superior Court and one request to public defender Harold Peek, all of Washington D.C. They refused to process any requests that I made, and refused to process Requests for my counselor Mr. Sharper, the Superior Court said this in a letter written to me refusing to process all requests.    Kenneth Williams