# United States District Court District of Columbia

Kenneth Williams, _Petitioner_

v.

Warden, C.D.F., _Respondents_

**RECEIVED**
MAY 30 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil No - 1:07-cv-702

## Motion to Dismiss As Moot, Attorney Generals Motion to Dismiss Petitioners Petition For Writ of Habeas Corpus

The petitioner Kenneth Williams Hereby makes his motion to the Honorable Court to Dismiss, as Moot The Attorney Generals motion to dismiss the petitioners petition For Writ of habeas For the Following Reasons, and says.

① This Counsel For the Respondents has Failed to File a show cause Response to the Courts april 23, 2007 order to Show Cause Within 30 days as ordered by the court.

② This Counsels motion to dismiss the petitioners petition therefore is moot because they have Failed to comply with the courts order to Show cause Within the time allowed.

③ The petitioner notes that Counsel has not Filed For an extension of time in which to comply with the Courts april 23, 2007 order to Show Cause, Within 30 days.

④ Counsel by their own admission in the First Show Cause Filed may 15, 2007 have admitted that they Received the courts april 23, 2007 order to Show cause, this is not disputed, however because they did Not get it Right, the First time, they Want another chance.

⑤ Counsel has Filed Response to Courts order to show Cause by their attorney, attorney General District of Columbia already on 5/15/07 Counsels subsequent motion is moot, because it was not Filed on time and Within 30 days.

⑥ This counsel seeks to use the power of his office to take legal shortcuts I guess counsel thinks that we all should Just Forget that the court gave its order.

⑦ The Counsel shows his disdain, and disRespect For the Rule of law, by not complying with the Courts order, or bothering to ask For an extension of time.

⑧ The petitioner asserts he is being illegally incarcerated and Confined and the Respondents are playing toss the ball, you File something to keep them busy, and I'll

8.) File Something later on, no matter that its a full 8 days late, and I Refuse to play along with the game of violating the courts order, then violating the Rule of law.

9.) Counsel now seeks to try to explain why the First show cause Filed 5/15/2007 was proven to be Fraudulently Filed, and to cover up the Fraud, whom should we believe?

10.) Because I am a little guy they have had me Committed to saint elizabeths erroneously, had their laughs, made my wife and kids suffer, and still this Reckless pattern and disRespect For the Rule of law continues as illustrated here in their Failure to obey the Courts order, or ask For an extension of time.

11.) Counsels First Show Cause was proven to be a Fraud, you now begin to see in their second attempt how they used the power of their office to have me brought here in Violation of the I.A.D., and now seek to have me disappear into the process of indefinite detention where I can be safely put, and kept silent.

12.) By Counsels own admission in their First Show Cause Filed 5/15/07 their certification of Service Response to the Courts order to Show Cause, was submitted by linda singer Attorney General For the district of Columbia.

13.) Counsel now, by their own admission, and another Attorney General For the district of Columbia, in their certificate of service Filed 5/21/07 (1350 pennsylvania Ave, N.W.) has Filed another Show cause (motion to dismiss) which basically tries to correct the mistakes and Fraud of the First show cause, giving two completely different storys.

14.) The petitioner, wanted to bring to the courts attention that two different Attorney generals For the district of Columbia have told two very different storys about how I got here, whenever there is a new story I have to supplement a Reply/Response counsels motion to dismiss is moot because they failed to comply with the courts order, then For eight Full days, after their time to File a Response to the Courts order had expired they try to File a motion to dismiss, the Rule about Fairness, does not apply here, there is nothing Fair about whats going on.     Wherefore the petitioner prays that he be granted the Relief that is sought in his petition, and his motion.

Kenneth Williams petitioner 5/24/07

③

TO: The Honorable Judge Ricardo M. Urbina

Your Honor, As it is Finally Revealed I Was brought to this Jurisdiction on a Writ, and in Violation of the I.A.D. as I stated, this uncovers the Fraud that Was told in the Respondents First showcause, I Was Released on personal Recognizance and Montgomery County picked me up From the D.C. Jail on april 14, 2006 the Fact that they kept me there and Violated Probation, and subsequently sentenced me to more than a year in the D.O.C of Maryland is exactly What happened (they seek to hide the truth deep inside the Record) While there me and my Counselor Mr. Sharper (Whose Phone # is in the Writ) asked the district of Columbia government For Final disposition of all interstate detainers (I.A.D.) (must be Done in 6 month) They Flat out Refused to co-operate in Violation of the I.A.D. Subsequent Requests For Final disposition that Were Filed, one to the Attorney General, Two to the Superior court and one to defense Attorney Harold peek Were not Honored as is Required by law, the Fact that I got the habeas corpus Filed Was a task in itself, after 3 months and 4 Failed attempts 2 to the Court of appeals, and 2 to the District Court I called (L.S.) clerk, at 202-354-3154 who Double Checked and Revealed to me that all my attempts to exhaust Court Remedys Were blocked, and stopped, this meant my mail was being Screened and thrown in the trash, incredibly she told me she had not Received any of my Writs that I Filed she subsequently sent about 5 Forms I still didn't Receive them, I had to call a local city Councilman to get mail Released to me the Writ mailed to your Court Was smuggled out of Saint E's I Also smuggled a letter to Judge Alexander Williams JR, U.S. District Judge baltimore and an actual letter that shows that they were saying I Was Never there (it Would be easy to call (L.S.) to Verify What I have said) We think thats the Fact that they Were saying I Was never there has something to do with a lawsuit Filed by me and is the Real Reason For the Way I am being treated.

Thank you Judge

Kenneth Williams 5/24/07