## Certificate of Service

I hereby certify that on this 25th day of May 2007 a copy of this Supplement/Reply Response and Reply Response was mailed postage pre-paid to: two documents case # 1:07-cv-702 - RMU

| Clerk, U.S. District Court | Michael P. Bruckheim |
| --- | --- |
| 333 Constitution Ave. N.W. | Attorney General |
| Washington, D.C. 20001 | 441 4th Street, N.W. 6th Fl-South |
|  | Washington, D.C. 20001 |

Kenneth Williams
petitioner 5/25/07

## Certificate of Service

I hereby certify that on this 25th day of May 2007 a copy of this Reply/Motion to dismiss as moot, Attorney Generals motion to dismiss petitioners petition for Writ of Habeas Corpus was mailed postage pre-paid to. Case # 1:07-cv-702

| Clerk, U.S. District Court | A.U.S.A. Thomas Rees |
| --- | --- |
| 333 Constitution Ave. N.W. | 555-4th Street, N.W. 10th Floor |
| Washington, D.C. 20001 | Washington, D.C. 20530 |

RECEIVED
JUN 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Kenneth Williams
petitioner 5/25/07