

United States District Court District of Columbia

Mr. Kenneth Williams
  Petitioner
           v.
Warden, C.D.F.
  Respondents

RECEIVED
JUN 0 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case No. 1-07-CV-702
RMU

### Memorandum of Points In Support of Petitioners Petition For Writ of Habeas Corpus

The Petitioner Kenneth Williams Hereby makes his memorandum of Points to the Honorable court in support of his petition For Writ of habeas corpus.

(1.) The Respondents Attorneys For the District of Columbia, Thomas Rees motion to dismiss the petitioners petition For Writ of Habeas Corpus Was Filed more than 8 days late by their own admission, their Certificate of Service May 31, 2007, Because of their Failure to obey the Courts order given April 23, 2007, to Respond Within 20 days, The Petitioner Filed his (Reply motion) to dismiss their motion as moot, May 24, 2007, Petitioner Now makes his memorandum of Points in support of his petition For Writ of habeas corpus.

(2.) It is a well established Fact that the District of Columbia is not a State and Law-Makers are still debating today, as to Whether the Founding Fathers intended D.C. to Vote in the National legislature, this issue of statehood is well established otherwise its congressional Delegate Eleanor Holmes Norton Would have a Vote in Congress, So in this Regard it is a Fact, well established D.C. is not a state, and is not treated as such.

(3.) The petitioner notes, congress does not bar petitioning For Federal habeas Relief by D.C. Detainees in the District of Columbia Courts, at all, but Since the detention complained of arises out of process issued by a Federal Judicial Forum the prisoner likewise has Recourse to Federal Jurisdiction Challenging legality of Confinement because D.C. is not a State, this is a well established Fact.

4.) Counsel cannot possible know what congress would have intended for the district in cases not involving State Courts as he assumes, simply because this issue of whether D.C. should be treated as a state is still being debated today, and there has been no showing that congress bars petitioning for Federal habeas Relief by D.C. Detainees of detention that arises out of process issued by a Federal Judicial Forum.

5.) Petitioners motions and his writ of habeas corpus directed to Superior Court officials have all been denied and that shows that his Remedys for the purpose of an exhaustion Requirement have been met, counsel is not my attorney, and cannot suggest which Remedys for Relief in a system not involving State Courts should or should not be taken by the Petitioner, The Superior Court has Denied Relief in a Federal Judicial Forum, Federal habeas Relief is therefore an option open to the petitioner, because D.C. is not a state.

6.) The petitioners Remedies for exhaustion, to other Courts as the Attorney for the Respondents Suggests, are in fact, inadequate, and he was only able to file this action by smuggling a letter out of an institution, Furthermore all Requests to other Courts in the D.C. Federal Court Forum, the petitioner learned from the (clerk) were not being Received, see exhibit #4 from Alexander Williams, JR. in which the plaintiff explains to the Judge that he was having mail problems with D.C. and md, The Judge Replys that he would only be able to address, the md, mail problems.

7.) The petitioner has been prejudiced due to the violations of the I.A.D. of these constitutional Protections that are directly attributable to the violations of the I.A.D. by the Respondents against him, and is therefore entitled to Federal habeas Relief, violation of his 1st amendment Right to petition the government for a Redress of grievances, by failing to honor all Requests for Final disposition of all interstate detainers now pending (F-3739-05) also a violation of due process and denial of access to the courts.

⑧ Violation of his Fourth amendment Right to be secure in his person paper and effects the Respondents violated these Constitutional protections by having me brought here in this Jurisdiction in Violation of the I.A.D. on a Writ after the 180 day period in which they had to bring the petitioner to trial had expired, and having all his legal notes, papers, destroyed.

⑨ Violation 5th amendment Right to presentment of indictment, was prosecutorial misconduct Double Jeopardy, and a Violation of due process, when the petitioner was sentenced to more than a year in the D.O.C. of Maryland and the 180 day period exspired after he Filed For Final Disposition under the I.A.D. these constitutional protections were violated by the Respondents by Failing to honor his Requests under the law of the I.A.D..

⑩ Violation 6th amendment Right to Speedy trial after the petitioner filed his Request For Final disposition of all pending interstate detainers under the I.A.D. (F-3737-05) in June, 2006, and the 180 day period exspired the Respondents Violated his Right to Speedy trial under the I.A.D. When they had him brought here on a Writ after Failing to honor the I.A.D. Terms and agreement.

    Wherefore For all the Reasons set Forth in his memorandum of points showing the prejudice he has suffered, that is directly attributable to the Violations of the I.A.D. the petitioner prays the Honorable Court to grant his petition For Writ of habeas corpus.

                                  Kenneth Williams
                                       petitioner
                                       5/26/07

(over)

## Certificate of Service

I hereby Certify that on this 26th day of May 2007 a Copy of this memorandum of points in support of petitioners petition for Writ of Habeas Corpus was mailed postage pre-paid to:

| | |
|---|---|
| Clerk, U.S. District Court | ~~redacted~~ |
| 333 Constitution Ave. N.W. | ~~redacted~~ |
| Washington, D.C. 20001 | ~~redacted~~ |



Kenneth Williams
Petitioner
5/26/07

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
101 W. Lombard Street
Baltimore, Maryland 21201-2691

*Exhibit #4*

410-962-2600

April 16, 2007

Kenneth Williams #305762
1901 D. Street, SE
Washington, DC 20003

Dear Mr. Williams:

Your letter was received in this office on April 3, 2007, for review. Civil Action AW-06-1954 is on appeal and no further action will be taken on it by this court at this time. If you wish to file new litigation regarding your mail problems with Maryland prison personnel, you should use the enclosed § 1983 forms.

I hope this information is helpful.

Staff Attorney
Pro Se Unit

Approved: _Alexander Williams Jr._
Judge Alexander Williams, Jr.

Date: 4/18/07

cc: corr file
encl: 1983