UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH WILLIAMS, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : Civil Action No. 07-702 (RMU) |
| | : |
| WARDEN-CENTRAL DETENTION FACILITY, et al., | : |
| | : |
| Respondents. | : |

## ORDER

Respondent United States of America has filed a motion to dismiss. The petitioner is proceeding *pro se*. The Court will rule on the respondent's motion taking into consideration the facts proffered by the petitioner in his petition, along with his response or opposition to the motion, and the entire record of the case.

Providing *pro se* litigants with the necessary knowledge to participate effectively in the trial process is important. *Moore v. Agency for Int'l Dev.*, 994 F.2d 874, 876 (D.C. Cir. 1993). Although district courts do not need to provide detailed guidance to *pro se* litigants, they should supply minimal notice of the consequences of not complying with procedural rules. *Id.* Toward that end, the court hereby provides notice that if the petitioner fails to respond to this motion, the court may assume that the motion is conceded and dismiss the claims against the United States. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Accordingly, it is this 11th day of June, 2007 hereby

**ORDERED** that the petitioner shall respond to the Respondent United States of America's motion within 30 days of this Order.  If the plaintiff fails to file an opposition by that date, the court may treat the defendant's motion as conceded.

**SO ORDERED**.

/s/
RICARDO M. URBINA
United States District Judge