# United States District Court District of Columbia

Mr. Kenneth Williams
    Petitioner
        v.
Warden, C.D.F.
    Respondents

RECEIVED
JUN 13 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil No 1:07-cv-702
RMU

## Motion to Supplement Reply

The Petitioner Kenneth Williams makes his motion to the Honorable Court to Supplement his Reply/Response with an appropriate Proposed order, says.

1.) The petitioner is not being allowed to buy writing paper from the Commissary, and is being treated very differently from everyone else.

2.) As the Honorable Judge can see this paper is copier paper, and the lines have been painstakingly drawn on by me, which is the reason that some of the Reply/Responses do not have orders on them and that is because I cannot get paper.

3.) The Reply to show cause filed May 13, 2007 needs to be supplemented with an appropriate proposed order.

4.) The Supplement to Response/Reply of show cause filed May 18, 2007 needs to be supplemented with an appropriate proposed order.

5.) All of the Respondents Responses to the Courts order to show cause were filed late, and failed to comply with the Courts order given April 23, 2007 to file in 30 days.

6.) The petitioner Rejects the (proposed) opportunity by the Respondents to address the Petitioners Merits of his claim, because this was what the court ordered them to do on April 23, 2007 "Show Cause" within 30 days, not only did they fail at this, but they also told two very different stories, petitioner filed his motion to dismiss as moot on May 24, 2007, for failing both times to comply with the Courts order.

7.) If the Court were to order the petitioner to Reply further to their proposed opportunity to address the merits of his claim, I would see this as a third chance at what is already two failed attempts, nevertheless their story already has such big holes

7) in it, that you Could drive a truck thru it, While all the time trying to lay the blame at each others feet, a clear indication of Fabrication, indeed they have already Proved my Case For me, by their two Failed attempts, and their Requests For another chance to try and explain, this Would be against the Rule of law, but as is seen here their story has already come undone Without me having to take it apart.

Wherefore the petitioner prays the Honorable Court to allow him to Supplement his Pleadings.

Kenneth Williams
Petitioner
6/6/07

Certificate of Service

I Hereby certify that on this 6th day of June (2007) a copy of this motion to supplement Reply Was mailed postage prepaid to:

Clerk. U.S. District Court
333 Constitution. Ave. N.W.
Washington, D.C. 20001

Kenneth Williams
petitioner
6/6/07

United States District Court District of Columbia

Mr. Kenneth Williams
      Petitioner

V.

Warden, C.D.F.
      Respondents

Civil No-1:07-cv-702

## ORDER

Upon Consideration of the petitioners petition For Writ of Habeas Corpus, and the Respondents Showcause Response it is by the Court this ____ day of _____, 2007

ORDERED: The Petition For Writ of Habeas Corpus is Hereby GRANTED: and it is Further ORDERED: The Respondents Showcause motions to dismiss is Hereby Denied/Dismissed with PREJUDICE For Failure to obey the Courts order within 20 days.

                                        United States District Judge

(over)

# United States District Court District of Columbia

Mr. Kenneth Williams
            Petitioner
    V.
Warden, C.D.F.
           Respondents

Civil No-1:07-cv-702

## ORDER

Upon Consideration of Petitioners Petition For Writ of Habeas Corpus and the Respondents Show Cause both Filed late one on May 15, 2007 and one on May 21, 2007 and both in Violation of the Courts order given April 23, 2007 to Respond within 20 days, and the petitioners motion to dismiss as moot Filed May 24, 2007 it is Hereby.

    ORDERED this _____ day of _____, 2007 That the Petitioners Petition For Writ of Habeas Corpus, and motion to dismiss as Moot is hereby GRANTED.

    And it is Further ORDERED that the Respondents Show Cause Motions to dismiss is hereby Denied/Dismissed with PREJUDICE For Failure to obey the Courts order within 20 days.

                              United States District Judge

(over)

# United States District Court District of Columbia

Mr. Kenneth Williams
      Petitioner
    V.                                             Civil No 1:07-cv-702
Warden, C.D.F.
      Respondents

## ORDER

Upon Consideration of Petitioners Petition For Writ of Habeas Corpus and the Respondents Showcause both Filed late one on May 15, 2007 and one on May 31, 2007 and both in Violation of the Courts order, given April 23, 2007 to Respond Within 20 days, and the petitioners motion to dismiss as moot Filed May 24, 2007 it is Hereby

ORDERED this _____ day of _____, 2007 That the Petitioners Petition For Writ of Habeas Corpus, and Motion to dismiss as moot is hereby GRANTED.

And it is Further ORDERED that the Respondents Showcause motions to dismiss is hereby Denied/Dismissed WITH PREJUDICE For Failure to obey the Courts order Within 20 days.

                                                United States District Judge

(over)