# United States District Court District of Columbia

Mr. Kenneth Williams,
    Petitioner
    v.
Warden, C.D.F. eT. al,
    Respondents

RECEIVED
JUN 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case No-1:07-cv-702
RMU

## Affidavit in support of petitioners Petition For Writ of Habeas Corpus

The Petitioner Kenneth Williams Hereby makes his Affidavit to the Honorable Court in support of his Petition For Writ of habeas Corpus, and says.

1.) I Kenneth Williams, depose and state that,
2.) I am over the age of 18.
3.) I am the petitioner in the above Captioned Case.
4.) I have Personal Knowledge of the Facts set Forth in this Affidavit.
5.) On april 17, 2007 the petitioner Filed a Writ of habeas Corpus stating and charging the Respondents Warden, C.D.F. 1901 D, street. S.E. Wash. D.C. With illegal, unconstitutional, incarceration, and Violations of the Interstate agreement on Detainers D.C. Procedure Code 24-701 and Md Annotated Code 6/60 to U.S. District Court 333 Constitution Avenue. N.W. Washington, D.C. 20001.
6.) On april 23, 2007 The U.S. District Court ordered the Respondents by Counsel to showcause Within 20 days Why Petitioners Writ of Habeas Corpus Should Not issue and a Response was due by May 14, 2007.
7.) On may 18, 2007 the petitioner Received a showcause Response From the Respondents (Warden C.D.F.) through Counsel and by their certificate of service dated may 15, 2007 Was Filed late and in Violation of the Courts order of april 23, 2007 to Respond Within 20 days, in addition it stated that I was committed to D.C. Jail on January 18, 2007.
8.) On may 24, 2007 the petitioner Received What is construed as another showcause From the Respondents stating a different date (July 2, 2005) than the First showcause in which the

8.) Petitioner Was First (supposed) to have been Committed to the D.C. Jail, and Filed more than 8 days late, asking the Court For another Chance to explain, their certify may 21, 2007.

9.) By their Certificate of Service dated may 21, 2007 and 8 days late the Respondents had violated the Courts order of april 23, 2007, on May 24, 2007 the petitioner Filed his motion to dismiss Respondents two (show cause pleadings) as MOOT For Failing to comply With the Courts order given april 23, 2007 to Respond Within 20 days, and asking the Honorable Court to grant the Relief that is sought in his petition For Writ of habeas Corpus, and an order to grant the petition For Writ of habeas corpus to issue.

I Declare under Penalties of perjury that the above are true and Correct.

Kenneth Williams
petitioner
6/9/07

Certificate of Service

I hereby Certify that on this 9th day of June, 2007 a Copy of this Affidavit in support of petitioners petition For Writ of habeas Corpus Was mailed postage pre paid to.

| Clerk, U.S. District Court | Michael P. Bruckheim |
| 333 Constitution Ave. N.W. | Attorney General |
| Washington, D.C. 20001 | 441 4th street, N.W. 6Fl-south |
| | Washington, D.C. 20001 |

JUN 18 2007

Kenneth Williams
petitioner 6/9/07