# United States District Court District of Columbia

Mr. Kenneth Williams,
         Petitioner

V.

Warden, C.D.F. er. al.
         Respondents

RECEIVED
JUN 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil No. 1:07-cv-702
(R.M.U)

## Motion to be Appointed Counsel Under the Criminal Justice Act

The Petitioner Kenneth Williams Hereby makes his motion to be Appointed Counsel Under the Criminal Justice Act, For the purpose of Responding to or Filing a document.

① The Petitioner is in Receipt of the courts order Dated June 4, 2007 and Will Respond to the United States motion to dismiss in the time in Which he has been given to Respond.

② The Petitioner is Driven to make this motion to be appointed counsel For the Purpose of Filing a Document Response.

③ The United States has vast Resources they have successfully brought me out of the Jurisdiction of Maryland illegally in the middle of the night, When I could Not object to No one, they are now using those Vast Resources and preventing me From Filing effective pleadings to the court by systematically screening my mail letting some go out and letting some go into the trash.

④ The Reason they are doing this is the Writ has Revealed Who is Responsible For the Violations of the I.A.D. and that From the beginning they had planned to let me go to maryland and bring me back, No matter that they broke the law in doing so, they have Successfully done so previously to others and they Realize I Know how they have done this.

⑤ I am not allowed to buy pen or paper even this sheet, the lines were drawn on by me, I should Not have to smuggle letters out of institutions, this violates my 1st amendment right to petition the government, that Writ mailed to you was smuggled out of an institution this is just how Far the United States (those that are Responsible) Will go to prevent the real truth about how they broke the law of the I.A.D. D.C. Code 24-701 and M.J Annotated code 616D to have me brought here.

⑥ The Mail Box in the Unit that I,am housed in has No lock on the Box and in an enviroment like this there is No Wonder that my mail is going nowhere anyone can go into that box and take letters out, For the purpose of getting a stamp, I have asked Officials to Remedy this situation they keep telling me no one is going to bother my mail but I keep getting letters From other Jurisdictions saying they are not Receiving mail.

⑦ All I,am asking the Court given the Circumstances is that some one File my Response For me, because I,am sure that my mail is being intercepted intentionally and deliberately by those Responsible For bringing me here Why else Would they stop me From buying paper, and constantly treat me different From anyone else.

⑧ This situation is Very Quickly getting out of Control I,am Not sure What they Will do Next I,am already in protective Custody because, I should Fear For my safety when high officials Use the power of their office to break the law, then prevent you From Notifying anyone, and prevent you From Filing anything to do anything about it, they know I KNOW What they have done and Now they are preventing me from doing anything about it, I Need counsel to come over here and File my Response For me, this is what I,am asking the Court, to be appointed counsel to File this document, because I know they are going to prevent me From doing so, if the Court decides Not to appoint counsel I Will Reply/Respond before the deadline 30 days.

Wherefore the petitioner prays to be granted Counsel Just to File a document because here Procedures are inadequate For doing so.

Kenneth Williams
Petitioner 6/15/07

(P.S.) The Court sent this letter on the 11th Why Am I Just getting it on the 15th things here are getting Ridiculous.