# United States District Court District of Columbia

Mr. Kenneth Williams, Petitioner

v.

Warden, C.D.F. et. al., Respondents

(RMU)

Case No - 1:07-cv-702

## Motion to Dismiss, Respondents United States Americas Motion to Dismiss, Petitioners Petition For Writ of Habeas Corpus

The petitioner Kenneth Williams, Hereby Makes his Motion to the Honorable Court to Dismiss, Warden William J. Smiths Show Cause Response, and The United States of Americas Motion to Dismiss petitioners petition For Writ of Habeas Corpus.

(1) The Counsel For the Respondents have Failed two times to File a timely Response to the Courts april 23, 2007 order to show cause by their certificate of service dated may 15, 2007 and may 21, 2007 both Filed late in violation of the Courts order.

(2) The Respondents Were ordered to show cause Within 20 days by the Court on april 23, 2007, a Response Was due on or before may 14, 2007 their Response there-Fore is moot because they Failed to comply With the Courts order, their show cause and motion to dismiss is therefore Conceded, For Failure to Comply.

(3) The United States of America have Filed a Motion to Dismiss, this cannot be Construed as a show cause Response, because on may 15, 2007 Warden William J. Smith Filed an untimely show cause Response, their motion to dismiss Filed may 21, 2007 eight days late is in violation of the Courts order april 23, 2007 to Respond Within 20 days, The petitioners petition is therefore Conceded.

(4) The petitioner notes that Respondents have not Filed For an extension of time in Which to comply With the Courts order april 23, 2007 to show cause Within 20 days Nevertheless petitioner Filed his opposition to the United States motion (as ordered by the Court) June 11, 2007, to Respond Within 30 days.

5) The Counsel seek to use the power of his office (because I am a pre-trial Detainee) to take legal short cuts, Counsel thinks we all forgot the Court gave them an order april 23, 2007 to show cause within 20 days.

6) The petitioner is being illegally and unconstitutionally incarcerated and confined and the Respondents are playing a game where one files one pleading and the other files one later no matter that both are filed late in violation of court orders.

7) Respondents have violated the I.A.D. 24-703 Enforcement and co-operation (see petitioners Response to United States of America motion to dismiss) All courts departments agencys officers and employees of the United States and of the district of Columbia are hereby directed to enforce the agreement on detainers and to co-operate with one another and with all party states in enforcing the agreement and effectuating its purpose.

8) Respondents seek to try to explain why the first show cause filed on May 15, 2007 was proven to be fraudulently filed and now seek to cover up the fraud with the (late) (motion to dismiss) filed may 21, 2007 they both tell two very different stories, which one should we believe the 1st attempt or the second attempt one thing is certain the fact that they both tell different stories proves I was brought into this Jurisdiction illegally and unconstitutionally.

9) Respondents claim I was brought from E.C.I. by United States marshalls to D.C. I challenge them to name those U.S. Marshalls who came to E.C.I November 28, 2006 to transport me (it won't happen because (it) never happened) I was Transported from M.R.D.C.C. 550 E. Madison St. Baltimore MD by those two (Wardens) E.C.I and M.R.D.C.C. who helped plan this whole illegal transport because they were Plaintiffs in a multimillion lawsuit (AW-06-1954)$^{M.R.D.C.C.}$ and (AW-06-2258)$^{E.C.I}$ that they have caused summary Judgment to issue against me by having me brought here where I could not Respond to civil pleadings in their cases, because Judge isco had me sent to Saint Es for no apparent reason where I had no pen or paper.

(10) Respondents testimony in their (show cause) Filed May 15, 2007 and their (Motion to Dismiss) Filed May 31, 2007 Contain Knowing use of perjured and untrue testimony (showcause) exhibit #1 False testimony (armed burglary) used to have me committed and (motion to dismiss) attachment (B) Writ stating U.S. Marshalls transported me to D.C. November 28, 2006 False testimony and evidence used to have petitioner committed False testimony and evidence sufficiently charge a deprivation of Rights guaranteed by the Federal constitution, and if proven (as is here) Would entitle petitioner to his immediate Release from present custody (U.S. V. Williams 504 U.S. (1992).

(11) Respondents Evidence and testimony in their (showcause) and (motion to dismiss) is a proven deliberate deception by court and prosecution and if true (as is here) Would also entitle petitioner to his immediate Release of his present detention (Mooney V. Holohan 294 U.S. 103, 112 (1935) Due process prohibits deliberate Deception.

Wherefore the petitioner prays the Honorable Court to grant his petition For Writ of Habeas Corpus to issue.

_Kenneth Williams_ 7/6/07
petitioner

## Certificate of Service

I hereby certify that on this 4th day of July, 2007 a copy of this motion to dismiss Respondents motion was mailed postage pre paid to.

| Clerk, U.S. District Court | Thomas S. Rees | Michael P. Bruckheim |
|---|---|---|
| 333 Constitution Ave. N.W. | United States Attorney | Attorney General |
| Washington, D.C. 20001 | 555 4th street, N.W. | 441 4th street, N.W. 6th Floor-south |
| | Washington, D.C. 20530 | Washington, D.C. 20001 |

_Kenneth Williams_ 7/6/07
petitioner

United States District Court District of Columbia

Mr. Kenneth Williams
            Petitioner           (RMU)
    V.                    Case No. 1:07-cv-702
Warden, C.D.F., et. al.,
            Respondents

## ORDER

Upon Consideration of Petitioners petition for Writ of Habeas Corpus Petitioners Response thereto, United States motion to dismiss and the Record herein

it is by the Court this _____ day of _____ 2007

ORDERED: That the Petition for Writ of Habeas Corpus shall be and the same is Hereby GRANTED: and it is

Further ORDERED: That the Respondents motion to Dismiss is hereby Denied/Dismissed with prejudice.

                                         _____
                                         UNITED STATES DISTRICT JUDGE