United States District Court District of Columbia

Kenneth Williams
        Plaintiff

Warden Gregory Clerk, et.al,
        Defendants

RECEIVED
JUL 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(RMU)

Civil No-07-0702

## Motion to Supplement Habeas Corpus

The plaintiff Kenneth Williams Hereby Makes his motion to Supplement his petition for Writ of Habeas Corpus for the Following Reasons and Says:

① Confining state prisoners to habeas corpus after exhausting state Remedies could deprive those prisoners of any damages Remedy to Which they might be entitled For their mistreatment since damages are not available in Federal habeas Corpus proceedings.

② The Rule of Exhaustion in Federal habeas Corpus actions is Rooted in Considerations of Federal-state comity The principle defined as proper Respect for state Functions.
The strong Considerations of Comity that Require giving a state court System that has Convicted a defendant the (First) opportunity to correct its own errors also Require the state to correct the errors made given the opportunity as was here.

③ An adequate Exhaustion Remedy was unavailable, The Fact that I am Now Writing on a legal pad suggests I have Now been allowed to buy paper to Write with since april 17, 2007 and For months prior to that date I have been denied the priviledge to buy paper in Violation of the 14th amendment due process clause and interfered With access to the Courts protected by the 6th and 14th amendments this is proof of Existence of Circumstances Rendering such process in-
-effective to protect the Rights of prisoners For the exhaustion of Remedies.

(over)

④ The Supreme Court has held that complaints of <u>state</u> prisoners relating to conditions of their confinement were cognizable under 42. U.S.C. 1983 and that as civil Rights actions they were not subject to any exhaustion of State Remedies.

⑤ Plaintiff is a pre-trial detainee and has not been convicted and does not challenge the fact or duration of a conviction but the conditions of his confinement.

⑥ The person to whom the writ or order is directed shall make a Return certifying the <u>true</u> cause of the detention, the Respondents have not complied with the Rule of law they have made a certify stating two different causes of detention and its obvious neither one is true they tried to defeat the purpose of the I.A.D. with their Writ.

⑦ 24-803 D.C. procedure Code (Formerly 24-703) Enforcement and Co-operation All courts, departments, agencies, officers, and employees of the United States and of the District of Columbia are hereby directed to enforce the agreement on detainers and to Co-operate with one another and with all party states in enforcing the agreement and effectuating its purpose. petitioner has invoked the protections of the I.A.D. And Requested Final disposition of all interstate detainers to the Superior Court and the U.S. Attorneys office all Requests were not honored.

⑧ The Plaintiff Notes that the Respondents have taken steps to defeat the Law of the I.A.D. by Filing a writ even though detainers were clearly filed invoking the I.A.D. The plaintiff uses that same principle to file his complaint and join it with his petition thereby making Exhaustion of State Remedies inapplicable.

Wherefore the plaintiff prays for the Relief sought in his motion be granted.

<u>Kenneth Williams</u>
7/14/07

United States District Court District of Columbia

Kenneth Williams                                              (RMU)
           Plaintiff
    V.                                                Civil No-07-0702
Warden, C.D.F. et. al,
           Defendants

### Federal Rules of Civil Procedure Rule 8(a)

The plaintiff Kenneth Williams Hereby complies with the Fed. R. Civ. P. Rule 8(a) that defendants Receive Fair Notice of the claim being asserted so they can prepare a Responsive Answer.

(1) The plaintiff files his 42. U.S.C. 1983 civil Rights complaint cause of action 42:1983 prisoner Civil Rights Jurisdiction Federal Question: pro se Kenneth Williams V. Warden et. al.

(2) The plaintiff stated his claim in his complaint that the Defendants have violated his constitutional Rights of the 14th amendment due process clause, by arbitrarily abusing their government powers to Deny him medical treatment and using those powers as an instrument of oppression against the plaintiff thereby being directly Responsible for his (personal injury) (Arteriosclerosis) for which he holds them liable and accountable.

                                                    Kenneth Williams
                                                    Plaintiff 7/14/07

# United States District Court District of Columbia

Kenneth Williams
C.D.F. #305762
1901 D Street, S.E.
Washington, D.C. 20033
Petitioner/Plaintiff

(RMU)

v.

Civil No-07-0702

Warden, Central Detention
Facility 1901 D Street, S.E.
Washington, D.C. 20032

Respondent et.al,
Defendants

## COMPLAINT (Supplement)

**I. Previous lawsuits**

(A.) Have you filed other cases in state or Federal Court dealing with the same facts as in this case? Yes [✓]  No [ ]

(B.) If you answered yes, describe that cases in spaces below.

1. Parties to the other cases.
Plaintiff Kenneth Williams
Defendants Warden, C.D.F.

2. Court (if a Federal court name the district; if a state court name the city/county) ② District of Columbia

3. Case No. 07-0702

4. Date Filed April 17, 2007

5. Name of Judge that handled the case Honorable Judge Ricardo M. Urbina

6. Disposition (Won, Dismissed, still pending, on appeal) still pending

7. Date of Disposition N/A.

**II. Administrative Proceedings**

(A.) If you are in a division of Correction Facility, did you file an administrative Remedy Procedure Request under DCD 185-001. et seq? Yes [ ]  No [✓]

(1983 Complaint)(Rev. 2/18/05)

II Administrative Proceedings

1. IF you answered yes:
a. What Was the Result? N/A
b. Did you appeal to the commissioner? yes [ ] NO [✓]
2. IF you answered No to either of the questions above, explain Why you did Not File an administrative Remedy Procedure or an appeal to the Commissioner. Unavailable
3. Did you File any other type of administrative complaint such as an appeal to the Warden of an adjustment decision or a decision to Withhold mail a complaint to the Sundry Claims board, ETC? yes [ ] NO [✓]
4. IF you answered yes, explain What you Filed and what was the Result. Not Applicable
B. IF you are not in a division of Correction Facility, is there a grievance Procedure at your institution? yes [ ] NO [✓]
IF your answer is yes:
1. Did you File a grievance? yes [ ] NO [✓]
2. IF you Filed a grievance, What was the Result? None Available at that time
3. IF you did Not File a grievance explain Why Not. None Available at that time

III. Statement of Claim - (Briefly state the Facts of Your case. Include dates, times, and Places. Describe What each Defendant did or how he/she is involved. IF you are making a number of Related claims. Number and explain each claim in a separate paragraph)    (See Attached)

## III Statement of Claim ①

The purpose of this statement of claim is to state claims against the Defendants (City) of Washington, D.C. and its Warden William J. Smith (D.C. Jail) and his medical department, Unity health-care (medical defendants) Doctor Buch Walther, Dr. Brown, Physician Assitants, Anokam, and Schroeter, and sick call Nurse Miss Jones of the Central Detention Facility 1901 D. Street. S.E. Washington, D.C. 20032. The plaintiff further states in his claim against the City defendants, and medical defendants that they violated his Constitutional protections as defined in the bill of Rights 4th, 5th, 8th, and the 14th amendment due process clause of substantive due process and procedural due process and his civil Rights by intentionally, and maliciously delaying, and denying access to medical care, being deliberately Indifferent to serious medical needs of the plaintiff, and intentionally, and maliciously interfering with treatment once it was prescribed, causing the plaintiff unnecessary and wanton infliction of pain, causing cruel and unusual punishment, pain and suffering, mental anguish, personal injury, emotional distress, through the deprivation of his liberty to obtain medical care for himself, by City defendants, plaintiff has had to depend entirely on City defendants [medical defendants] for his medical care the City defendants have used this (their power) intentionally and maliciously as an instrument of oppression and arbitrary execise of that power for the purpose of malicious persecution and making the conditions of plaintiffs confinement oppressive, cruel and unusual and depriving him of medical care and depriving him of his Constitutional Right to medical care. On November 28, 2006 the plaintiff was brought from E.C.I. 30420 Revells Neck Rd. Westover, Maryland to M.R.D.C.C. 550 East Madison st. Baltimore, Maryland and then to the D.C. Jail 1901 D Street. S.E. Wash- [pre-trial detainee] -ington, D.C. to face charges on a detainer, he brought with him his transfer form medical Records that indicated he was Receiving 0.2. mg of

III. Statement of Claim (2)

Clonidine three times a day for Hypertension (HTN) and 1000 mg of glucophage two times a day for diabetes (DM) on January 1, 2007 I informed medical officials at D.C. Jail (City defendants) Dr. Brown and Dr. Buchwalther that I had Not Received my Medication for a period of 25 days on January 10, 2007 I was seen by doctor Brown who informed me that my High blood pressure Medication had been changed from Clonidine 0.2 mg to Lisinopril, 30 mg and Norvac 10 mg once a day for each I told Dr. Brown that I was not aware of any Medication change and that I had not agreed to any medication change she informed me that she had made the change and that this medication would be best for me I then told Dr. Brown that I was not willing to consent to any medication change since there was no way of knowing the risk involved, Heart attack stroke or whether the medication would work I began to get sick on January 20, 2007 as a result of taking their prescribed medication symptoms were fast heartbeat, dizzyness, pain in arms and legs, and severe headache this continued to February 15, 2007 I suspected this was done to me on purpose and they knew that a sudden change from Clonidine would be Risky, dangerous and unwise given the fact I had never taken any other medication for high blood pressure, This pattern of taking my original Doctor prescribed medication to keep me quiet and compliant continues to this day with Dr. Buchwalther and schroeter and Nurse Anokam, Jones Concocting a scheme where Nurse Jones puts me on sick call 5 days in a row or more but I am not seen but maybe twice a month they are using it (medication) as an instrument of oppression to control me. The plaintiff further states in his claim against The City defendants and the medical defendants that they are being held liable and accountable to, and by the plaintiff for the violation of his civil Rights and his Constitutional Rights as defined in the bill of Rights the 4th, 5th, 8th amendments and the 14th amendment due process clause of

## III. Statement of Claim ③

Substantive due process and procedural due process and are directly Responsible by and For their intentional, Malicious, deliberate indifference, deprivation of medication, deprivation of liberty, deprivation of medical care, deprivation of procedural Due process, deprivation of substantive due process and gross Neglect in the operation of their training programs For medical officials which are inadequate and in the Operation of their city detention center and city detention center medical Facilities For the plaintiffs civil Rights Violations, Constitutional Rights Violations, as defined in the Bill of Rights 4th, 5th, 8th amendments and 14th amendment due process clause, deprivation of substantive due process and procedural due process and his personal injurys of Extreme intentional Emotional Distress, Mental anguish, heart disease, Cruel and unusual Punishment, Pain and suffering For which he holds the City defendants and medical defendants liable and accountable to the plaintiff For punitive, compensatory, and personal injury damages.

Note. plaintiff is a pre-trial Detainee Not a Convicted state prisoner.

## IV Relief

(State breifly exactly what you want the Court to do for you)

The plaintiff seeks an injunction order against government officials from the arbitrary abuse of their power against him and using it as an instrument of oppression, The plaintiff seeks punitive, compensatory, and personal injury Damages in the sum of 75,000,000, Million Dollars.

Signed this 14th day of July, 2007

_Kevin Wun_
signature

I declare under penalty of perjury that the foregoing is true

July 14, 2007                    _Kevin Wun_

# United States District Court District of Columbia

Kenneth Williams
~~Petitioner~~
Plaintiff

v.

Warden, C.D.F.
~~Respondents~~
Defendants

(RMU)
Civil No. 07-0702

## Motion and Affidavit to Proceed in Forma Pauperis

I Kenneth Williams declare that I am the plaintiff in this case. Because of my poverty, I am unable to pay the filing fee and costs of this action at this time, nor am I able to give security therefor.

I understand that the fee for filing this type of case is $250.00. I understand that if my motion is granted, it does not mean I will not have to pay this fee. I understand that if my motion is granted, periodic deductions may be made from my inmate account until the entire fee is paid. By filing this motion, I am agreeing to allow such deductions as are required by law. I understand that if I do not have money in my prison account, but have other resources, the court may require that I pay the filing fee or a partial filing fee. I believe that I have a meritorious complaint and am entitled to relief in these proceedings. In support of this motion, I answer the following questions.

1) Are you presently employed in a prison job or other assignment that results in compensation of any sort, including work release? Yes [ ] No [X]

a. If you answered yes, list your employer or assignment and the amount of your wages.
Employer/assignment _N/A_.
Monthly gross wages _N/A_.
Monthly net wages _N/A_.

b. If you answered no, state the date of your last employment or assignment, the name of your employer or assignment, and the amount of wages you received.
Date _2/5/05_.
Employer/assignment _Popeyes/Cook_.
Monthly gross wages _$700.00_.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PRISONER TRUST ACCOUNT REPORT

Name: __WILLIAMS, KENNETH__    Registration #: __305762__

Please submit this to the trust officer of every institution in which you have been confined during the preceeding six months. Submit the completed forms and supporting ledger sheets to the Court.

To:   Trust Officer
From: Clerk, U.S. District Court for the District of Columbia

Under the Prison Litigation Reform Act (PLRA), a prisoner filing a civil action must obtain from the trust officer of each institution in which the prisoner was confined during the preceeding six months a certified copy of the prisoner's trust account statement for the six months prior to filing of the action. 28 U.S.C. Sec. 1915 (a) (2).

Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner.

2005-0914
2006-0505
2006-1648  12/14/2006  4:13 pm   Deposit      20   Funds Received via Mail     $  15.00     $15.00
           01/03/2007  12:59 pm  Withdrawa    38   Canteen                     $ -12.70     $0.00
           01/17/2007  12:41 pm  Withdrawa    38   Canteen                     $  -1.95     $0.00
           04/24/2007  5:16 pm   Withdrawa    RH   Restored from History       $  -0.35     $0.00
2007-0519  04/24/2007  5:16 pm   Deposit      RH   Restored from History       $   0.35     $0.00
           05/03/2007  3:07 pm   Deposit      20   Funds Received via Mail     $  50.00     $50.00
           05/15/2007  9:06 am   Withdrawa    38   Canteen                     $  -4.65     $0.00

BALANCE at time of filing of action:               __$45.70__

AVERAGE MONTHLY DEPOSITS
during the six months prior to filing
of the action:                                     __$10.83__

AVERAGE MONTHLY BALANCE
during the six months prior to filing
of the action:                                     __$10.68__

_Kenneth Williams_  7/14/07