United States District Court District of Columbia

Mr. Kenneth Williams
_Petitioner_

v.

Warden, C.D.F. eT. al.
_Respondents_

RECEIVED
JUL 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(RMU)

Case No- 1:07-cv-702

## Motion to supplement petitioners Reply/Responses

The petitioner Kenneth Williams hereby makes his Motion to the Honorable court to supplement all his Certificates of service to his Reply/Responses and his oppositions to, the Respondents showcause, and to the united states motion to dismiss, previously mailed to Respondents, with Additional Respondents Names and address,es for the Following Reasons and says.

① The Respondents have Filed two different Responses to the Courts order april 23, 2007 to showcause telling two different stories about how I was brought here evidence of how they continue to try to circumvent and skew the legal process and defeat the purpose of the (I.A.D) D.C. procedure Code 24-701-703.

② Because Respondents have Filed two different Respondent Responses it has become necessary to add additional Respondent name,s and address,es mentioned in their showcause Response Filed may 15, 2007 and the united states motion to dismiss Filed may 21, 2007.

Kenneth Williams
petitioner 7/19/07

### Certificate of service

I hereby certify that on this 19th day of July 2007 a copy of this _motion to supplement petitioners Reply/Response_ was mailed postage pre-paid to.

| | | |
|---|---|---|
| Linda Singer | Jeffery A. Taylor | Clerk, U.S. District Court |
| George C. Valentine | Robert D. Okun | 333 Constitution, Ave. N.W. |
| Patricia A. Jones | Thomas S. Rees | Washington, D.C. 20001 |
| Michael C. Bruckheim | 555 4th street, N.W. | |
| 441 4th street, N.W. | Washington D.C. 20530 | |
| Washington, D.C. 20001 | | |

Kenneth Williams
petitioner 7/19/07

## Certificate of Service

I hereby Certify that on this <u>19th</u> day of <u>July, 2007</u> a copy of this <u>Supplemented Certificate of Service</u> to petitioners Reply to show cause was mailed postage pre-paid to:

| | |
|---|---|
| Linda Singer, Attorney General | Jeffery A. Taylor, United States Attorney |
| George C. Valentine | Robert D. Okun |
| Patricia A. Jones | Thomas S. Rees |
| Michael P. Bruckheim | 555 4th Street, N.W. |
| 441 4th Street, N.W | Washington, D.C. 20530 |
| Washington, D.C. 20001 | |

Clerk, U.S. District Court
333 Constitution Ave. N.W.
Washington, D.C. 20001

<u>Kenneth Williams</u>
7/19/07

## Certificate of Service

I hereby Certify that on this <u>19th</u> day of <u>July, 2007</u> a copy of this <u>Supplemented Certificate of Service</u> to petitioners Reply/Response to the United States motion to dismiss was mailed postage pre-paid to:

| | |
|---|---|
| Linder, Singer, Attorney General | Jeffery A. Taylor, United States Attorney |
| George C. Valentine | Robert D. Okun |
| Patricia A. Jones | Thomas S. Rees |
| Michael P. Bruckheim | 555 4th Street, N.W. |
| 441 4th Street, N.W. | Washington D.C. 20530 |
| Washington, D.C. 20001 | |

Clerk, U.S. District Court
333 Constitution Ave. N.W.
Washington, D.C. 20001

<u>Kenneth Williams</u>
Petitioner 7/19/07

United States District Court District of Columbia

Mr. Kenneth Williams, petitioner

v.

Warden, C.D.F. et. al.
Respondents

(RMU)

Case No-1:07cv-702

## Reply/Response

The petitioner Kenneth Williams hereby makes his Reply Response to the Respondents Motion to dismiss, and their show cause and says.

① The Respondents have violated the Interstate Agreement on detainers D.C. Procedure code (24-701 to 24-703) District of Columbia being a party Jurisdiction.

② The Respondents have violated the interstate Agreement on detainers Md Annotated Code 1957, (Art. 27 616(a) to 616(s)) Maryland being a party Jurisdiction.

③ The Respondents have violated the petitioners Constitutional Rights to have a speedy trial (I.A.D.) 24-701 to 24-703 and have prejudiced the petitioner by doing so See (I.A.D) Article III(a) IV(c) and V(c).

④ The Respondents have violated the petitioners Constitutional Rights 14th amendment due process clause, directly attributed to their violation of the I.A.D. by Respondents see (I.A.D.) Article III(a) IV(c) and V(c).

Wherefore the petitioner prays his petition for Writ of habeas corpus to issue.

Kenneth Williams
Petitioner 7/19/07

## Certificate of service

I hereby certify that on this 19th day of July 2007 a copy of this Reply/Response was mailed postage pre-paid to:

| Linda Singer | Jeffery A. Taylor | Clerk, U.S. District Court |
| George C. Valentine | Robert D. Okun | 333 Constitution Ave. N.W. |
| Patricia A. Jones | Thomas S. Rees | Washington, D.C. 20001 |
| Michael P. Bruckheim | 555 4th Street, N.W. | |
| 441 4th Street, N.W. | Washington, D.C. 20530 | |
| Washington, D.C. 20001 | | |

Kenneth Williams
7/19/07