United States District Court District of Columbia

Mr. Kenneth Williams
    Petitioner
V.
Warden, C.D.F. et. al.
    Respondent

RECEIVED (RMU)
JUL 27 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case No-07-0702

## Motion For Petitioners Petition For Writ of Habeas Corpus to Issue

The petitioner Kenneth Williams hereby makes his motion to the Honorable Court For petitioners petition for Writ of Habeas Corpus to Issue for the following Reasons and says.

(1) The petitioner Denies each and every allegation set forth in the Respondents show cause, and motion to dismiss petitioners petition.

(2) The Respondents have broken the law of the I.A.D. D.C. procedure code 24-701 to 24-703 in an attempt to defeat the purpose of the law.

(3) The petitioners probation was violated while in Maryland (D.O.C.) Where he filed for final disposition of Interstate Detainers 24-701 to 24-703 with his Counselor, While there, of Detainer F-3739-05 to the Superior Court and to the U.S.A. Office all Requests Filed Were Not honored.

(4) The Respondents keep Relying on Deception, their first show cause Filed May 15, 2007 stated I was Just brought to the D.C. Jail on January 18, 2007 a deliberate deception to the Court, When their second show cause Filed May 21, 2007 states I was just committed on July 2, 2005.

(5) The Respondents First show cause Filed May 15, 2007 states in their exhibit #① that the petitioners charge was armed burglary, in their exhibit #③ they change the charge to theft after I had been committed to the D.C. Jail.    Wherefore the petitioner prays the Honorable Court to grant his petition For writ of habeas Corpus to Issue.

Kenneth Williams
Petitioner 7/23/07

## Certificate of Service

I hereby certify that on this 23rd day of July, 2007 a copy of this Motion For petitioners petition For Writ of Habeas Corpus to Issue was mailed postage pre-paid to:

| Clerk, U.S. District Court | U.S.A. | A.G. |
|---|---|---|
| Clerk, U.S. District Court 333 Constitution Ave. N.W. Washington, D.C. 20001 | Jeffery A. Taylor Robert D. Okun Thomas S. Rees 555 4th street, N.W. Washington, D.C. 20530 | Linda Singer George C. Valentine Patricia A. Jones Michael P. Bruckheim 441 4th street, N.W. Washington, D.C. 20001 |

Kenneth Williams
petitioner 7/23/07


"Note" To Judge Ricardo M. Urbina

There is evidence that my mail is being intercepted, screened, and thrown away, I complied with the courts June 14, 2007 order to answer U.S.A. motion to Dismiss, prior to ~~their Filing their Respons~~ the courts order I Filed a motion to dismiss as moot because they Failed both times to comply with the courts April 23, 2007 order to showcause within 20 days, in short there should have been one Respondent Reply, the Fact that there are two with two different Addresses has Fooled No one, I have Replied to their motion and I have sent copies to all of the above Named Respondents, this is only a delay scheme, because they Need more time, to Fabricate more paper-work, All the while because I am proceeding (pro se) they are allowed to violate my Constitutional Rights, I am making a Request [lose this] to speak to F.B.I. authorities about stealing Federal mail, in order to make case!

United States District Court District of Columbia

Mr. Kenneth Williams                                              (RMU)
                petitioner
        V                                              Case NO-07-0702
Warden, C.D.F. et. al.
                Respondent

## Memorandum of Points In support of Petitioners petition for Writ of Habeas Corpus

The petitioner Kenneth Williams Hereby Makes his Memorandum to the Honorable court in support of his petition for Writ of habeas Corpus.

① The petitioners claim in his habeas petition is that the procedures used to effect his transfer (violation of the Interstate Agreement on Detainers D.C. procedure Code 24-701 to 24-703 were illegal, the Superior Court has had a chance to Rule on this Issue several times it was Judge isco Who signed the writ, therefore this is Not a case Where the Superior Court is Not cognizable, it was Judge isco Who has done this, this makes the Remedy of Challenging the legality of this illegal extradition in violation of the I.A.D. 24-701 to 24-703 inadequate, the Judge has made it known he did what he thought was Right and he is not going to dismiss the case for I.A.D., speedy trial, or procedural due process grounds.

② Being Brought to this Jurisdiction by illegal extradition under Color of Federal authority, which the basis of Jurisdiction is Really 2241(c)(1) in their motion to dismiss (see their Attachment) (B) Writ AD prosequendum the exhaustion Requirement is inapplicable because this is the purpose of Section 2241(c)(1) to contest the legality of interstate extradition complained of, the violation of the Interstate Agreement on Detainers D.C. procedure code 24-701 to 24-703 when in custody under color of Federal authority and the extradition papers are not in order and are without proper authentication to support extradition in violation of D.C. procedure code 24-701 to 24-703.

(3) The Detention Complained of arises out of process issued by a Federal Judicial Forum, Judge issues Writ on behalf of the president of the United States, the Interstate extradition was in violation of the I.A.D. which was invoked by the Superior Court by issuing detainers and by the petitioner by Requesting Final disposition mailed to their office (Section 2253(c)(1) is Not applicable, Nor its exhaustion Requirement) Jurisdiction is Section 2241(c)(1) petitioner is a pre-trial detainee contesting illegal extradition which involves Custody under Color of Federal authority, in their Motion to dismiss the Respondents admit their complaint is, petitioner has Not exhausted Remedys petitioner is a pre-trial Detainee and not in state Custody Nor been convicted of any Crime in D.C., Section 2253(c)(1) with its exhaustion Requirement does not apply, Section 2241(c)(1) subject matter Jurisdiction lies in the Federal District Court where the petitioner Custodian is located (Braden v. 30th Judicial Circuit) 410 U.S. 488-89 (1973), Likewise the violation of the I.A.D. Article III(a), IV(c) and V(c) by the Respondents Requires immediate Release From his present Custody.

Wherefore the petitioner prays the Honorable Court to grant his petition for Writ of Habeas Corpus to Issue.

Kenneth Williams
petitioner 7/23/07

## Certificate of Service

I hereby certify that on this 23rd day of July, 2007 a copy of this Memorandum of points in support of petition For Writ of habeas corpus was mailed postage pre-paid to:

| Clerk, U.S. District Court | U.S.A. Jeffery A. Taylor | A.G. Linda Singer |
|---|---|---|
| 333 Constitution, Ave. N.W. | Robert D. Okun | George C. Valentine |
| Washington, D.C. 20001 | Thomas S. Rees | Patricia A. Jones |
| | 555 4th street, N.W. | michael P. Bruckheim |
| | Washington, D.C. 20530 | 441 4th street, N.W. |
| | | Washington, D.C. 20001 |

Kenneth Williams
petitioner 7/23/07