United States District Court District of Columbia

Mr. Kenneth Williams
           Petitioner
V.
Warden, C.D.F. et. al                    Case No-07-0702
           Respondent                    RMU

## Reply Response

The petitioner Kenneth Williams hereby makes his Reply Response to the United States motion to dismiss and says:

① The Respondents have violated the interstate agreement on detainers D.C. Procedure Code 24-701 to 24-703 District of Columbia Code.

② The Respondents have violated the interstate agreement on detainers md Annotated Code (6(60) Maryland being a party Jurisdiction.

③ The Respondents have violated the petitioners Constitutional Right to have a speedy trial the purpose the I.A.D. was enacted into law for.

④ The Respondents have violated the petitioners Constitutional Right to have a speedy trial and due process of law the purpose of the (IAD)

⑤ The Respondents the petitioner asserts seek to protect themselves and their 5th amendment Right to self incrimination.

⑥ Section 2253 (c)(1) is not applicable nor its exhaustion Requirement Jurisdiction is section 2241(c)(1) which involves custody under Federal authority

⑦ petitioner is a pre-trial Detainee and not in state Custody nor been Convicted of any crime in D.C.; Considerations of Federalism do not call for an exhaustion Requirement, Judge Isco has denied motions to dismiss for speedy trial, due process, I.A.D. Violations petitioners Remedys are inadequate.                Wherefore the petitioner prays the Court to grant his petition for Writ of habeas Corpus to Issue.

                                    Kenneth Williams
                                    7/23/07

## Certificate of Service

I hereby certify that on this 23rd day of July 2007 a copy of this <u>Reply/Response to United States motion to dismiss</u> was mailed postage prepaid to

| | (Respondent) |
|---|---|
| Clerk, U.S. District Court | Warden William J. Smith |
| 333 Constitution Ave. N.W. | C.D.F. |
| Washington, D.C. 20001 | 1901 D street, S.E. |
| | Washington, D.C. 20003 |
| Lindy Singer A.G. | Jeffery A. Taylor, U.S.A. |
| George C. Valentine | Robert D. Okun |
| Patricia A. Jones | Thomas S. Rees |
| Michael P. Bruckheim | 555 4th street, N.W. |
| 441 4th street, N.W. | Washington, D.C. 20530 |
| Washington, D.C. 20001 | |

Kenneth Williams
petitioner   7/23/07

"Note" ② Because of their policy of exercising their discreation Responsible and Reasonably (their opinion) I must inform the Court that all <u>Reply Responses</u> to their showcause and motion to dismiss have been mailed directly to the Respondent attorney <u>Lindy Singer</u> and Respondent U.S.A. <u>Jeffery A. Taylor</u> I have mailed a Response Notifying them of this Fact, it seems that in the Superior Court, if you don't know your Constitutional Rights are being violated its all Right, the same can be said for this illegal transfer its all Right up until the point I let them know I was cognizable. Now you can see (here) their deception at work.

United States District Court District of Columbia

Mr. Kenneth Williams
  Petitioner
V.                                                              Case No. 07-0702
Warden, C.D.F. eT. al
  Respondents

### Reply to show cause

The petitioner Kenneth Williams hereby makes his Reply to Respondent Warden William J. Smiths show cause Response and says

① The Respondents have violated the interstate agreement on detainers D.C. procedure code 24-701 District of Columbia Code.

② The Respondents have violated the interstate agreement on detainers md Annotated code (6160) maryland being a party Jurisdiction.

③ The Respondents have violated the petitioners Constitutional Right to have a speedy trial the purpose the I.A.D was enacted into law for.

④ The Respondents have violated the petitioners Constitutional Right to due process of law the purpose the I.A.D. was enacted into law for.

⑤ The Respondents the petitioner Asserts seek to protect themselves and their 5th amendment Right to self incrimination.

⑥ The Respondents have brought the petitioner into this Jurisdiction in Violation of the I.A.D and Ignored the law completely.

⑦ The Respondents seek to have the petitioner serve consecutive sentences the Very thing the I.A.D. was enacted into law to protect the petitioner against.

Wherefore the petitioner prays the Court to grant his petition for Writ of habeas corpus to Issue.

Kenneth Williams
7/23/07

## Certificate of Service

I hereby certify that on this 23td day of July 2007 a copy of this Reply to show cause was mailed postage prepaid to
                                    (Respondent)

| | |
|---|---|
| Clerk, U.S. District Court | Warden, William J. Smith |
| 333 Constitution Ave. N.W. | C.D.F |
| Washington, D.C. 20001 | 1901 D. street, S.E. |
| | Washington, D.C. 20003 |
| Linda Singer A.G. | Jeffery A. Taylor, U.S.A. |
| George C. Valentine | Robert D. Okun |
| Patricia A. Jones | Thomas S. Rees |
| Michael P. Bruckheim | 555 4th street, N.W. |
| 441 4th street, N.W | Washington, D.C. 20530 |
| Washington, D.C. 20001 | |

Received
Mail Room
JUN 30 2007
Nancy Mayer Whittington, Clerk
U.S. District Court, District of Columbia

Kenneth Williams
petitioner 7/23/07

"Note" ① Honorable Judge Ricardo M. Urbina

It is a well established fact everywhere, that in prison inmate litigation it is not required (because of lack of supplies) to respond directly to the (Respondent) but rather to their attorney, but in keeping with their art of deception the Respondents appear to be failing to acknowledge service upon their client even though the fact remains his name appears in the above captioned case, this is indicative of how they conducted my illegal transfer (by deception) at 12 oclock midnight, the District [Jud]ge in Md was Right, the transfer was unconstitutional and [illeg]al and carried out by deception so that I could not contest it.