# United States District Court District of Columbia

Mr. Kenneth Williams,
    Petitioner
          v.
Warden, C.D.F. eT. al,
    Respondent

(R.M.U)
Case No- 07-0702

## Notice of New Address

The petitioner Kenneth Williams hereby makes Notice to the Honorable Court of his New Address and says:

Mr. Kenneth Williams
APT #608
4711 BerWyn House Rd
College Park, Md 20740

Kenneth Williams
    Petitioner 8/6/07

## Certificate of Service

I hereby certify that on this 6th day of August 2007 a copy of this Notice of New Address was Mailed postage pre-paid to:

| | | |
|---|---|---|
| Clerk, U.S. District Court 333 Constitution Ave. N.W. Washington, D.C. 20001 | Jeffery A. Taylor 555 4th Street, N.W. Washington, D.C. 20530 | Warden, C.D.F. 1901 D Street s.E. Washington, DC 20003 |
| | Linda Singer Michael P. Bruckheim 441 4th Street, N.W. Washington, D.C. 20001 | Kenneth Williams Petitioner August 6, 2007 |

(over)

Please inform the Honorable Judge Ricardo M. Urbina that me and my family are now receiving threats (because of the petition) from certain individuals concerned with the outcome of the petition please inform the Judge that both show cause responses tell two very different stories about the violation of the I.A.D. 24-701 to 24-703 The Judge has said he would rule on the issues, I have asked to be appointed an attorney because of the mail tampering that happened while I was at 1901 D Street S.E. D.C. Jail, (enclosed) please find more proof that employees of the D.C. Jail have stopped me from filing a Federal Court case, I am in danger please do something about this. This order from the Judge in Baltimore tells the whole story, They have stopped me from filing in this, and other Federal Court cases I have the names of those D.C. Jail employees who are responsible for this.

(P.S) petitioner was released from D.C. Jail on July 30, 2007, petitioner has an appeal going on in the U.S. Court of Appeals, 4th Circuit Case No-07-6219 and he fears that his informal briefs have been tampered with Who is obligated to protect my rights in this in that case I also asked to be appointed an attorney because of mail tampering What do you do when government employees have obviously been caught breaking the law please inform the 4th Circuit of this tampering.

Received Mail Room AUG 10 2007 Nancy ... , Clerk U.S. District Court, District of Columbia