United States District Court District of Columbia

Mr. Kenneth Williams, petitioner

v.

Warden, C.D.F. ET. AL., Respondent

RECEIVED
AUG 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(RMU)
Case No- 07-0702

## Notice of New Address

The petitioner Kenneth Williams hereby Notify,s The Honorable Court of his New Address Change.

① New Address is M.R.D.C.C., 550 East Madison Street Baltimore, Md 21202

② New D.O.C. # Kenneth Williams #336398

③ Because of the Violation of the F.A.D. 24-702 to 24-703 the petitioner is being moved around at will by those who are Responsible for this illegal extradition.

④ Habeas Corpus has already Attached I should not have been moved From the Jurisdiction.

⑤ Judge these people are doing this Right under our Nose, operating on the erroneous assumption that they can intercept my mail, Make it seem as if I have not complied with a court order.

⑥ After being Released from D.C. Jail on 7/30/07 I was Re-arrested by U.S. Marshalls on 8-9-07 because they say I am not Finished with a sentence in Maryland, Furthermore they have told a lie that I was taking some Kind of medication given at St. Elizabeths, my Family is totally upset by this News because they have Found that I am the same person they Knew before any incarceration occurred. (over)

(P.s.) petitioner expects his address to continue to change I will try to inform the court of any changes, as always there is a lack of writing supply and materials.
KW- 8/12/07

(7) I have not been given any medicine at St. Elizabeths they are using this lie to keep my Writ from being heard all the while they intercept key components to my pleadings while telling this lie about St. Es.

(8) I Recognized this early on, that my mail was being tampered with, this is why I asked to be appointed an attorney, I have caught them trying to defeat the purpose of the F.A.D. 24-701 to 24-703 the misdemenor conviction theft (2) should be expunged, furthermore maryland has lost juris- -diction over me and their case by allowing for my illegal transfer to take place, this is the very thing the I.A.D. protects people like me from, arbitrary abuse of government power (14th amendment) which is obvious here, how long do they think people are going to continue to believe this lie.

(9) The fact of the matter is I am being moved, Released, Re-arrested, Not charged with anything, held, and then illegally extradited by the same people who originally conducted the illegal transfer in the beginning all in violation of the Interstate Agreement on Detainers 24-701 to 24-703, I have proved my case in their showcause filed 5/15/07 and their motion to dismiss they have told two different reasons for my being there, and not one of them are the true reason they have tried to defeat the purpose of the F.A.D. with their writ, this is very depressing to my family for me to be Released, and Rearrested, can you make them stop or please appoint an attorney I think they are a little embarassed because I have caught them. The petitioner prays for relief 8/12/07

Received Mail Room AUG 2 0 2007 Nancy Mayer Whittington, Clerk U.S. District Court, District of Columbia