U.S. District Court For The District of Columbia

Mr. Kenneth Williams, Plaintiff
v.
Warden, C.D.F., eT. al., Defendant

RECEIVED
SEP 12 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(R.M.U)
Case No - 07-702

## Notice of New Address Change

The plaintiff Kenneth Williams Hereby makes Notice to the Honorable Court of his New Address Change as being:

(I) Mr. Kenneth Williams
E.C.I. #336398
30420 Revells Neck Rd
Westover, md 21890

Kenneth Williams
Plaintiff 9/9/07

## Certificate of Service

I hereby Certify that on this 9th day of September, 2007 a Copy of this Notice of New Address Change was mailed postage pre-paid to:

Clerk, U.S. District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Kenneth Williams
Plaintiff/petitioner
9/9/07