United States District Court District of Columbia

Mr. Kenneth Williams
Petitioner
V.
Warden, C.D.F. eT. al.
Respondent

(RMU)
Case No- 07-702

Motion For Hearing on Petitioners Petition For Writ of Habeas Corpus

The petitioner Kenneth Williams Hereby makes his motion to the Honorable Court For a Hearing to be Scheduled on the merits of the petitioners petition For Writ of Habeas Corpus, and says.

(1) The petitioners Legal mail (Reply on person having Custody) to Warden William J. Smith C.D.F. have been intercepted by his officers blackwell, Walker, Ellison, LT. Williams, and disposed of in the trash.

(2) The petitioner Asserts that it should be a crime to intercept screen, and then dispose of Federal mail, to influence a hearing, decision.

(3) The petitioners Reply to the court, and Numerous Replys on Warden Smith, and the Court have been intercepted and disposed of.

(4) The Response Was Not timely served upon the petitioner therefore the petitioner Requests the matter be set For a hearing.

(5) The Warden, William J. Smith (C.D.F.) has claimed in his Response that his order For commitment Was the original order, The United States has stated that the original order For commitment occured on a different date than the Wardens order, petitioner Requests an immediate appearance (probable cause).

WhereFore the petitioner prays that he be granted the Relief sought, in his motion.

Kenneth Williams
petitioner 9/10/07

United States District Court District of Columbia

Kenneth Williams petitioner
V.
Warden, C.D.F. et. al.
Respondent

(RMU)
Case No- 07-702

## Motion For Immediate Appearance

The petitioner Kenneth Williams Hereby makes his motion to the Honorable Court for an immediate Appearance in Reply to the United states motion for a hearing on the merits, and says.

(1) The united States has Asked that a hearing be scheduled, the petitioners hereby Consents to such a hearing on the merits.

(2) Respondents have Failed to state the true cause of the petitioners Confinement, petitioner Never agreed to their transfer, but he did File For transfer under Rules of the I.A.D. D.C. procedure Code 24-703.

(3) The petitioner Requests permission to supplement his petition with additional Respondents (Warden, M.R.D.C.C.) Warden, E.C.I. Attorney General state of md) Commissioner Md Dept. of Corrections) Who have all become Co-Conspirators With the back and Forth, (Release 7/30/07) transfer in violation of I.A.D. 24-701-703.

(4) The petitioner Hereby Supplements his 28. U.S.C. 2241 petition to include Additional Respondents (Warden, M.R.D.C.C.) Warden, E.C.I.) Attorney General state of Md) Commissioner Md Dept. of Corrections) in Case# 07-702.

(5) Criminal sanctions may be in order your Honor, petitioner was Released (7/30/07) time served D.C. Jail, Rearrested (8/10/07) at his home, Without a Warrant of Commitment, (U.S. Marshalls) then illegally transported to M.R.D.C.C. Revells Neck Rd.

Received
Mail Room
SEP 14 2007
Nancy Mayer Whittington, Clerk
US District Court, District of Columbia