U.S. District Court For The District of Columbia

Kenneth Williams, petitioner
v.
Warden, C.D.F., Respondents

Civil No 07-702 (RMU)

RECEIVED
NOV 15 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Motion For Hearing on petitioners, Petition For Writ of Habeas Corpus**

The petitioner Kenneth Williams hereby makes his motion to the Honorable Court for a Hearing on the petitioners petition for Writ of Habeas Corpus and says.

(1) The paper marked paper #1 shows that there can be No doubt that D.C. officials Received the petitioners Request For Final dis- position of all Interstate Detainers (Art. 27 section 616(e) subsection B).

(2) Paper #2 shows the correct identifier used by the Superior Court and the U.S. Marshalls service, the Very information Requested in paper #1, D.C. officials state they are unable to assist.

(3) Paper #3 Confirming that detainer was lodged 6/27/06 invoking the terms of the I.A.D. and that, # 1118808 is in fact an identifier used by the Superior Court and the U.S. Marshall Service, D.C. officials Failed to Honor request.

(4) Paper #4 Maryland D.O.C. Maintainer of Detainer information that shows two Maryland detainers (prince george) and one Federal detainer (D.C.) Federal detainer information Supplied by Superior Court, as proved by detainer (theirs) paper #3.

(5) Paper #5 a copy of the (MD) Case #32139 Intrastate detainer (Art. 27 section 616(e)) Subsection A, (see paper #4) paper #5 shows parole eligibility date 7/07 which means that when D.C. paroled me on 7/30/07 (MD) Violated a Constitutionally pro- tected liberty interest (of petitioner) in parole and had no further Jurisdiction to detain petitioner or have him brought back to Jail. Ex post facto Clause Violation (Mickens-Thomas v. Vaughn 321 F.3d 374, 390-91 (3rd Cir 2003).

The petitioner prays the Honorable Court For Relief. Kenneth Williams petitioner
11/1/07

Mr. Kenneth Williams
E.C.I. #336398
30420 Revells Neck Rd
Westover, MD 21890
11/1/07

Dear Clerk, please make note of my new address (above) please inform the Court I am being as specific as I possibly can, under the circumstances your Honor and the Respondents are being as evasive as they possibly can, Now their strategy has backfired. They have told untruths to the Honorable Judge in their motion to dismiss, in their entire record the U.S. Attorney's office, the Superior Court, and the D.C. public Defenders service (Harold Peck) and Respondents all stated that they Never knew where I was. They state, thats why they never presented me with discovery or indictment information for 14 months, but as their detainer shows (they did know) two months after leaving D.C. on June 27 they filed this detainer to the institution I am housed at. This completely contradicts the statements made in their motion to dismiss, and their showcause (which were two different stories by themselves), this contradiction of telling untruths, in their pleadings, by Court and court officers is true, Requires by law for me (petitioner) to be Released from custody. The revelation of more of this scheme and the major players could put me in fear of my safety this is why I am asking for a hearing, the lawsuit filed is about preventing corruption by government and government officials who use their power arbitrarily as an instrument of oppression. It is also about obstruction of Justice in a (MD) case # 919 September Term, 2006 Court of Special appeals of Maryland as I was about to go to Court last year contest a Violation of probation (Violation I.A.D.), that never happened, these major players had me transferred to Washington, for what would be an entire year. This stopped appeal which everyone knew would be overturned simply because the probation officer tried to start his supervision 6 months prior to the end of a 3 YR probation.

(P.S.)
I should not have to smuggle letters out like this.

Kenneth Williams



## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES

## DIVISION OF CORRECTION

### MARYLAND RECEPTION-DIAGNOSTIC & CLASSIFICATION CENTER

Request for Disposition of <u>Intra</u>state (Maryland) Detainer

TO:   <u>State's Attorney</u>         ___P G C___
                                  (Jurisdiction)

      <u>Clerk of the Court</u>       ___PG C Dist ct___
                                  (Jurisdiction)

And to all other prosecuting officers and courts of jurisdictions listed below from which indictments, informations or complaints are pending.

You are hereby notified that I the undersigned am now imprisoned in

<u>Maryland Reception-Diagnostic and Classification Center, 550 E. Madison St., Baltimore, Md.</u>
         (Institution)                                        (Town and State)

and I hereby request that a final disposition be made of the following indictment information or complaints now pending against me: _____

___DWI etc      OPJ  32139 41___
Failure to take action will result in the invalidation of the indictments, informations or complaints.

I hereby agree that this request will operate as a request for final disposition of all untried indictments, informations or complaints on the basis of which detainers have been lodged against me. I also agree that this request shall constitute a consent by me to the production of my body in any court where my presence may be required and further consent to be returned to the institution in which I now am confined.

If jurisdiction over this matter is properly in another agency, court or offices, please designate the proper agency, court or offices and return this form to the sender.

The Certificate of Inmate Status is attached.

The inmate must indicate below whether he has counsel or wishes the court to appoint counsel for purposes of any proceedings preliminary to trial. Failure to list the name and address of counsel will be construed to indicate the inmate's consent to the appointment of counsel by the appropriate court.

   A.   My counsel is _____
                                       (Name)

        Whose address _____
                                 (Street, City, State)

  (B.)  I request the Court to appoint counsel.

                                X  Williams Kenneth
                                       Inmate's Signature

Dated: ___6 28 06___      X   Williams Kenneth  8/6/98
                                   (Inmate Name & Number)


Distribution:  - State's Attorney (via certified mail)
               - Clerk of the Court (via certified mail)

DIVISION OF CORRECTION

CERTIFICATE OF INMATE STATUS

MARYLAND RECEPTION-DIAGNOSTIC CLASSIFICATION CENTER
550 E. MADISON STREET          BALTIMORE, MD. 21202

INSTITUTION

NAME: _Kenneth Williams_  NUMBER: _336798_
SERVING A SENTENCE OF: _5 YRS_ FROM: _4/17/06_
SENTENCED BY (JUDGE): _Rupp_ COURT: _Mont Co_
OFFENSE(S): _Hop (Uttering)_ INDICTMENT NUMBER(S): _89864-c_
DATE DETAINER(S) PLACED: _6/27/06_ JURISDICTION: _PG Co_
OFFENSE(S) CHARGED IN DETAINER: _OBL 3J13841 plus etc_

IN ACCORDANCE WITH ARTICLE 27, SECTION 616E, SUBSECTION B (INTERSTATE AGREEMENT ON DETAINERS) AND SECTION 616S, SUBSECTION A (INTRASTATE DETAINERS) OF THE ANNOTATED CODE OF MARYLAND THE FOLLOWING IS SUBMITTED.

THE WARDEN OF THE MARYLAND RECEPTION DIAGNOSTIC AND CLASSIFICATION CENTER HEREBY CERTIFIES:

1. TERM OF COMMITMENT OF ABOVE-NAMED INMATE: _5 YRS_
2. TIME ALREADY SERVED ON SENTENCE: _From 4/17/06_
3. TIME REMAINING TO BE SERVED ON SENTENCE: _Current Max 8/1/69_
4. AMOUNT OF GOOD TIME EARNED: _594 days_
5. PAROLE ELIGIBILITY DATE: _7/07_
6. PAROLE BOARD HEARINGS AND RESULTS: _None_

DATE: _6/27/06_ SIGNATURE: _Wendell Franse Ch/_
                              WARDEN

DISTRIBUTION:   ONE COPY TO THE APPROPRIATE OFFICER MAKING REQUEST
                ONE COPY TO APPROPRIATE COURT WHERE CHARGE IS PENDING
                ONE COPY IN INMATE'S BASE FILE

OTHER: _____

DATE: _6/27/06_ SIGNATURE AND TITLE OF INFORMANT: _R. Koger_

```
P/N                                OBSCIS OFFENDER FUNCTION              PAGE   1
                                    MAINTAIN DETAINER DATA
                                                                         DATE: 08/11/06
                                                                         TIME: 09:07

DOC #: 336398 WILLIAMS              KENNETH           Paper # ④
ACTION              : ___              ___                    ___
SEQUENCE            : 001              002                    003
TYPE                : 17 FED           12 MD WARR             12 MD WARR
OFFENSE CODE 1      : 667 OBSTR JUDICL 665 OBSTR JUDICL       883 TRAFFIC
OFFENSE DESC 1      : CRIMINAL PROC-OTHE FAILURE TO APPEAR    OPER MV-WO VAL LIC
OFFENSE CODE 2      : 422 LARCENY     883 TRAFFIC
OFFENSE DESC 2      : THEFT-FELONY    OPER MV-WO VAL LIC
JURISDICTION        : 027 FEDERAL     019 PRINCE GEORGE       019 PRINCE GEORGE
AGENCY              :                 001 SHERIFF             003 DETENTION CTR
CONTACT INFORM      :
DATE PLACED         : 06 27 2006      06 29 2006              04 18 2006
SENT LENGTH         : Y     M    D    Y     M    D            Y     M    D
CASE NUMBER         : 1118808/FED     MVDJ 32139              CO86746
DATE                : 08 01 2006      07 03 2006              08 11 2006
PER                 : ███████         ███████                 ███████
LIFTED              :                                         P G CO DIST CT
DATE LIFTED         :                                         06 27 2006
```

# Superior Court of the District of Columbia
Criminal Division
500 Indiana Ave. NW
Washington, D.C. 20001-2131  Room 4001

July 13, 2006

Dear Mr. Williams:

We are in receipt of your letter concerning detainers, dated July 7, 2006. However, you neglected to provide your date of birth, and either a case number or PDID number and year of arrest and charge, which the detainer concerns. Please be advised that your request cannot be processed without this information. Upon receipt of the aforementioned information, I will process your request.

I apologize for the inconvenience.

Respectfully,

MEM/ms
Deputy Clerk
Criminal Information Center


# Superior Court of the District of Columbia
Criminal Division
500 Indiana Ave. NW
Washington, D.C. 20001-2131  Room 4001

August 2, 2006

Dear Mr. Williams:

This letter is in response to your recent follow-up correspondence regarding a PDID number. The number your provided – 1118808/(1 FED) – is not a PDID number or any other identifier used by the Superior Court for the District of Columbia. A PDID number would be a six-digit number that is used to identify an individual by the arresting agency. Since a PDID number is apparently unknown, please provide your name and any aliases (if any exist), a date of birth, a known year of arrest (in Washington, D.C.) and a corresponding charge. I would be unable to asset you without being able to look up your case information and specific identifiers are required, such as a date of birth, case number, year of arrest and charge, etc. However, from a cursory standpoint only, if you are aware of interstate detainers that have been lodged against you, either by the D.C. Superior Court or the U.S. Marshals Service, you must contact your case manager at the facility wherein you are housed and that individual can contact the proper agency and have a court date scheduled for you to remove the detainer, if such was entered into the system by the courts.

I apologize for the inconvenience but I am unable to provide you with any further information regarding your status with D.C. Superior Court at this time.

Sincerely,

MEM/ms
Deputy Clerk
Criminal Information Center

Enclosure

U. S. Department of Justice
*United States Marshals Service*



## DETAINER
### AGAINST SENTENCED PRISONER

UNITED STATES MARSHAL
SUPERIOR COURT
DISTRICT OF COLUMBIA

*Please type or print neatly:*
TO: Md Dept of Correction

DATE: June 27, 2006
SUBJECT: Williams, Kenneth
AKA: Johnson, Kenneth
DOB/SSN: 11/28/1960; 434046204
USMS FID#:1118808
DC MPD PDID#:575286
INSTITUTION ID#:336398

    Please accept this Detainer against the above-named subject who is currently in your custody. The Superior Court for the District of Columbia has issued an arrest warrant(s) charging the subject with the commission of the following offense(s):
Failure to appear for felony arraignment hearing-uttering, first degree theft, attempted second degree theft-Criminal Number 2005 FEL 003739

    Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

    The notice and speedy trial requirements of the Interstate Agreement on Detainers Act APPLY to this Detainer because the Detainer is based on pending Federal criminal charges which have not yet been tried. Pursuant to the provision of the Interstate Agreement on Detainers Act (IADA), a person serving a sentence of imprisonment in any penal institution against whom a detainer is lodged (based on pending Federal criminal charges which have not yet been tried) must be advised that a Detainer has been filed and that the prisoner has the right to demand speedy trial on those charges. Accordingly, please advise the subject that a Detainer has been filed against him/her and that under the IADA, he/she has the right to demand speedy trial on the charges. If your office does not have an official form for such purposes, the statements contained in this Form below may be used.

INSTRUCTIONS FOR COMPLETION OF STATEMENTS

1.    Please read or show the following to the subject:

"You are hereby advised that a Detainer has been filed against you on ___June 27, 2006___, on the basis of criminal charges filed against you in the Superior Court for the District of Columbia. With regard to answering these charges, you are hereby advised that you have the right to demand a speedy trial under the Interstate Agreement on Detainers Act (IADA). Under the IADA, you have the right to be brought to trial within 180 days after you have caused to be delivered to the appropriate U.S. Attorney and the appropriate U.S. District Court, written notice of your request for a final disposition of the charges against you. Because the 180-day time limit may be tolled by virtue of delays attributable to you, you should periodically inquire as to whether your written notice of request for a final disposition of the charges against you has been received by the appropriate U.S. Attorney and the appropriate U.S. District Court. You are hereby

## DETAINER

advised that the 180-day time limit d    not commence until your written notice of r    st for final disposition of the charges against you has actually been delivered to the appropriate U.S. Attorney and the appropriate U.S. District Court.

If you have any questions regarding the provisions of the IADA, you should contact your attorney or the U.S. Attorney for the District of Columbia."

    2.    Please execute the following:

The foregoing was read to or by the subject and a copy of the Detainer was delivered to him on _____.
                   (Date)

Signed:_____    Title:_____

    3.    Please have the prisoner execute the following:

"I have read or have been read the above paragraph notifying me that a Detainer has been lodged against me and that I have the right to demand a speedy trial on the charge(s). I (do) (do not) demand a speedy trial on the charges(s). I understand that if I do request a speedy trial, this request will be delivered to the Office of the United States Attorney who caused the Detainer to be filed. I also understand that my right to a speedy trial under the IADA is the right to be brought to trial within 180 days after my written notice of request for a final disposition of the charges against me has actually been delivered to the appropriate U.S. Attorney and the appropriate U.S. District Court. I further understand that the 180-day time limit may be tolled by any delays attributable to me, and that I must periodically inquire as to whether my written notice of request for a final disposition of the charges against me has been received by the appropriate U.S. Attorney and the appropriate U.S. District Court. Finally, I understand that if at any time hereafter I desire to demand a speedy trial and have not already done so, I can inform my custodian who will then cause the request to be forwarded to the appropriate U.S. Attorney."

_____                _____
(Witness)                                          (Signature of Prisoner and date)

                                                   _____
                                                   (Typed or Printed Name of Prisoner)

    4.    Please acknowledge receipt of this Detainer. In addition, please provide one copy of the Detainer to the prisoner, return one copy of the Detainer to this office in the enclosed self-addressed envelope, and, if the prisoner demands a speedy trial, forward the Detainer together with the Certificate of Inmate Status by registered or certified mail to the U.S. Attorney for the District of Columbia and the Superior Court for the District of Columbia.

    5.    If the prisoner does not demand a speedy trial at this time and further elects to demand a speedy trial on the charge(s) at a later date, you should obtain a new set of this Form USM-17 from the United States Marshal, have the prisoner complete the amended form, and follow the instructions contained in paragraph 4 above.

    Your cooperation is greatly appreciated.

| RECEIPT |
| --- |
| Date: _____ |
| Signed: _____ |
| By: _____ |
| Title: _____ |

Very truly yours,


United States Marshal
D.C. Superior Court

By, June E. Cash, investigative Analyst

**DETAINER**