U.S. District Court District of Columbia

Kenneth Williams
petitioner

V.

Warden, C. D. F.
Respondent

RECEIVED                    (R.M.U)

NOV 2 3 2007          Civil no- 07-702

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Notice of Change of Address / New Address

The petitioner Kenneth Williams Hereby makes Notice to the Honorable Court of his New Address as being.

① Mr. Kenneth Williams
P.H.P.R.U. # 336398
24090 Nanticoke Rd
Quantico, Md 21856

Kenneth Williams
petitioner 11/19/07

## Certificate of Service

I hereby Certify that on this 19th day of November, 2007 a copy of this Notice of Address change/New Address was mailed postage pre-paid to.

Clerk, U.S. District Court
333 Constitution Ave. N.W.
Washington, D.C. 20001

Kenneth Williams
Plaintiff 11/19/07