UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| KENNETH WILLIAMS, | : | | |
| | : | | |
| Petitioner, | : | Civil Action No.: | 07-0702 (RMU) |
| | : | | |
| | : | | |
| WARDEN-CENTRAL DETENTION FACILITY *et al.*, | : | | |
| | : | | |
| | : | | |
| Respondents. | : | | |

## ORDER

Because the parties have fully briefed the merits of the petition for a writ of *habeas corpus*, it is hereby

**ORDERED** that petitioner's motions for various relief and his repetitive motions for a hearing [Dkt. Nos. 14, 18, 20, 21, 22, 25, 26, 28, 31, 32] are **DENIED** without prejudice to reconsideration after the court has resolved the respondents' pending motion to dismiss; and it is

**FURTHER ORDERED** that, upon consideration of the factors set forth in Local Civil Rule 83.11(b)(3), petitioner's motion to appoint counsel [Dkt. No. 16] is **DENIED** without prejudice.

                                                                          RICARDO M. URBINA
                                                               United States District Judge

December 3, 2007