UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| KENNETH WILLIAMS, | : | | |
| Petitioner, | : | Civil Action No.: | 07-0702 (RMU) |
| v. | : | Document Nos.: | 1, 6 |
| WARDEN-CENTRAL DETENTION FACILITY *et al.*, | : | | |
| Respondents. | : | | |

## O R D E R

### DENYING THE PETITION FOR WRIT OF HABEAS CORPUS AND GRANTING THE RESPONDENTS' MOTION TO DISMISS

For the reasons stated in this court's memorandum opinion separately and contemporaneously issued this 11th day of March 2008, it is hereby

**ORDERED** that the petition for writ of habeas corpus is **DENIED**. It is

**FURTHER ORDERED** that the respondents' motion to dismiss is **GRANTED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge